UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

Bob Brown, Hailey Sinoff, Donald Seifert,

　　　　Plaintiffs,

　　v.

Christi Jacobsen, in her official capacity as
Montana Secretary of State,

　　　　Defendant

Case No. 6:21-CV-0092-DJM

**ORDER**

BEFORE:   MURGUIA, Chief Judge

Pursuant to 28 U.S.C. § 2284(a), the Honorable Donald W. Molloy, Senior District Judge for the District of Montana, has requested the appointment of a three-judge district court pursuant to 28 U.S.C. § 2284(b)(1).  Having received this statutory notification, I hereby designate and appoint the Honorable Paul J. Watford, United States Circuit Judge for the Ninth Circuit, to sit with the Honorable Donald W. Molloy and the Honorable Brian M. Morris, Chief District Judge for the District of Montana, to hear and determine the above-captioned matter as the district court for the District of Montana, at a time and place and in a manner to be agreed upon by the court.

_____
Mary H. Murguia
Chief Judge
United States Court of Appeals for the Ninth Circuit

cc:　　Hon. Paul J. Watford
　　　Hon. Brian M. Morris
　　　Hon. Donald W. Molloy
　　　Clerk of Court Molly Dwyer
　　　Clerk of Court Tyler Gilman