# DECLARATION OF SERVICE

| Case:<br>CV-21-92-H-DWM | Court:<br>United States District Court | County:<br>District of Montana | Job:<br>6435449 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Bob Brown, Hailey Sinoff, and Donald Seifert | | **Defendant / Respondent:**<br>Christi Jacobsen, et al. | |
| **Received by:**<br>Williams Investigations | | **For:**<br>Upper Seven Law | |
| **To be served upon:**<br>Montana Secretary of State | | | |

I, Brian Mook, state that: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein. I declare under penalty of perjury that the foregoing is true and correct. Declaration signed in Helena, MT.

| | |
|---|---|
| Recipient Name / Address: | Susan Amas, Office Manager for the Montana Secretary of State, Company: 1301 E 6th Ave, Helena, MT 59601 |
| Manner of Service: | Government Agency, Dec 10, 2021, 2:52 pm MST |
| Documents: | Complaint, Summons |

**Additional Comments:**
1) Successful Attempt: Dec 10, 2021, 2:52 pm MST at Company: 1301 E 6th Ave, Helena, MT 59601 received by Montana Secretary of State . Served Susan Amas, Office Manager;

**Fees:**   $50.00

*[signature]*                                      12/14/2021

Brian Mook                                         **Date**
8937

Williams Investigations
4185 N Montana Avenue, Suite 4
Helena, MT 59602
406-459-3126