# Exhibit 2

Excerpts from *U.S. Census Bureau, Montana: 2010*
(Sept. 2012)

# Montana: 2010

*Population and Housing Unit Counts*

**2010 Census of Population and Housing**

Issued September 2012

CPH-2-28

U.S. Department of Commerce
Economics and Statistics Administration
U.S. CENSUS BUREAU
*census.gov*



Table 4.
# Population and Housing Units: 1970 to 2010

[For information concerning historical counts and geographic change, see "User Notes." For information on confidentiality, nonsampling error, and definitions, see Appendixes]

| State County/County Equivalent | Population | | | | | Housing units | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2010 | 2000 | 1990 | 1980 | 1970 | 2010 | 2000 | 1990 | 1980 | 1970 |
| **Montana** | **989,415** | **902,195** | **799,065** | **786,690** | **694,409** | **482,825** | **412,633** | **361,155** | **328,465** | **246,603** |
| Beaverhead County | 9,246 | 9,202 | 8,424 | 8,186 | 8,187 | 5,273 | 4,571 | 4,128 | 3,741 | 3,210 |
| Big Horn County | 12,865 | 12,671 | 11,337 | 11,096 | 10,057 | 4,695 | 4,655 | 4,304 | 3,867 | 2,900 |
| Blaine County | 6,491 | 7,009 | 6,728 | 6,999 | 6,727 | 2,843 | 2,947 | 2,930 | 2,583 | 2,382 |
| Broadwater County | 5,612 | 4,385 | 3,318 | 3,267 | 2,526 | 2,695 | 2,002 | 1,593 | 1,449 | 925 |
| Carbon County | 10,078 | 9,552 | 8,080 | 8,099 | 7,080 | 6,441 | 5,494 | 4,828 | 4,360 | 3,369 |
| Carter County | 1,160 | 1,360 | 1,503 | 1,799 | 1,956 | 810 | 811 | 816 | 795 | 761 |
| Cascade County | 81,327 | 80,357 | 77,691 | 80,696 | 81,804 | 37,276 | 35,225 | 33,063 | 32,199 | 27,190 |
| Chouteau County | 5,813 | 5,970 | 5,452 | 6,092 | 6,473 | 2,879 | 2,776 | 2,668 | 2,689 | 2,625 |
| Custer County | 11,699 | 11,696 | 11,697 | 13,109 | 12,174 | 5,560 | 5,360 | 5,405 | 5,473 | 4,356 |
| Daniels County | 1,751 | 2,017 | 2,266 | 2,835 | 3,083 | 1,111 | 1,154 | 1,220 | 1,303 | 1,281 |
| Dawson County | 8,966 | 9,059 | 9,505 | 11,805 | 11,269 | 4,233 | 4,168 | 4,487 | 4,637 | 3,755 |
| Deer Lodge County | 9,298 | 9,417 | 10,356 | 12,518 | 15,652 | 5,122 | 4,958 | 4,830 | 5,199 | 5,150 |
| Fallon County | 2,890 | 2,837 | 3,103 | 3,763 | 4,050 | 1,470 | 1,410 | 1,525 | 1,519 | 1,357 |
| Fergus County | 11,586 | 11,893 | 12,083 | 13,076 | 12,611 | 5,836 | 5,558 | 5,732 | 5,392 | 4,738 |
| Flathead County | 90,928 | 74,471 | 59,218 | 51,966 | 39,460 | 46,963 | 34,773 | 26,979 | 22,485 | 14,098 |
| Gallatin County | 89,513 | 67,831 | 50,463 | 42,865 | 32,505 | 42,289 | 29,489 | 21,350 | 17,173 | 10,761 |
| Garfield County | 1,206 | 1,279 | 1,589 | 1,656 | 1,796 | 844 | 961 | 924 | 868 | 732 |
| Glacier County | 13,399 | 13,247 | 12,121 | 10,628 | 10,783 | 5,348 | 5,243 | 4,797 | 4,002 | 3,458 |
| Golden Valley County | 884 | 1,042 | 912 | 1,026 | 931 | 476 | 450 | 432 | 472 | 366 |
| Granite County | 3,079 | 2,830 | 2,548 | 2,700 | 2,737 | 2,822 | 2,074 | 1,924 | 1,635 | 1,345 |
| Hill County | 16,096 | 16,673 | 17,654 | 17,985 | 17,358 | 7,250 | 7,453 | 7,345 | 7,194 | 5,843 |
| Jefferson County | 11,406 | 10,049 | 7,939 | 7,029 | 5,238 | 5,055 | 4,199 | 3,302 | 2,867 | 1,566 |
| Judith Basin County | 2,072 | 2,329 | 2,282 | 2,646 | 2,667 | 1,336 | 1,325 | 1,346 | 1,360 | 1,115 |
| Lake County | 28,746 | 26,507 | 21,041 | 19,056 | 14,445 | 16,588 | 13,605 | 10,972 | 9,038 | 5,927 |
| Lewis and Clark County | 63,395 | 55,716 | 47,495 | 43,039 | 33,281 | 30,180 | 25,672 | 21,412 | 18,571 | 12,359 |
| Liberty County | 2,339 | 2,158 | 2,295 | 2,329 | 2,359 | 1,043 | 1,070 | 1,007 | 1,154 | 792 |
| Lincoln County | 19,687 | 18,837 | 17,481 | 17,752 | 18,063 | 11,413 | 9,319 | 8,002 | 7,018 | 5,907 |
| McCone County | 1,734 | 1,977 | 2,276 | 2,702 | 2,875 | 1,008 | 1,087 | 1,161 | 1,121 | 1,055 |
| Madison County | 7,691 | 6,851 | 5,989 | 5,448 | 5,014 | 6,940 | 4,671 | 3,902 | 2,741 | 2,141 |
| Meagher County | 1,891 | 1,932 | 1,819 | 2,154 | 2,122 | 1,432 | 1,363 | 1,259 | 1,201 | 1,043 |
| Mineral County | 4,223 | 3,884 | 3,315 | 3,675 | 2,958 | 2,446 | 1,961 | 1,635 | 1,646 | 1,083 |
| Missoula County | 109,299 | 95,802 | 78,687 | 76,016 | 58,263 | 50,106 | 41,319 | 33,466 | 30,534 | 18,891 |
| Musselshell County | 4,538 | 4,497 | 4,106 | 4,428 | 3,734 | 2,654 | 2,317 | 2,183 | 2,039 | 1,577 |
| Park County | 15,636 | 15,694 | 14,484 | 12,869 | 11,197 | 9,375 | 8,247 | 6,926 | 6,074 | 4,648 |
| Petroleum County | 494 | 493 | 519 | 655 | 675 | 324 | 292 | 293 | 306 | 269 |
| Phillips County | 4,253 | 4,601 | 5,163 | 5,367 | 5,386 | 2,335 | 2,502 | 2,765 | 2,514 | 2,153 |
| Pondera County | 6,153 | 6,424 | 6,433 | 6,731 | 6,611 | 2,659 | 2,834 | 2,618 | 2,702 | 2,267 |
| Powder River County | 1,743 | 1,858 | 2,090 | 2,520 | 2,862 | 1,022 | 1,007 | 1,096 | 1,123 | 962 |
| Powell County | 7,027 | 7,180 | 6,620 | 6,958 | 6,660 | 3,105 | 2,930 | 2,835 | 2,830 | 2,453 |
| Prairie County | 1,179 | 1,199 | 1,383 | 1,836 | 1,752 | 673 | 718 | 749 | 808 | 706 |
| Ravalli County | 40,212 | 36,070 | 25,010 | 22,493 | 14,409 | 19,583 | 15,946 | 11,099 | 9,133 | 5,333 |
| Richland County | 9,746 | 9,667 | 10,716 | 12,243 | 9,837 | 4,550 | 4,557 | 4,825 | 4,690 | 3,514 |
| Roosevelt County | 10,425 | 10,620 | 10,999 | 10,467 | 10,365 | 4,063 | 4,044 | 4,265 | 3,809 | 3,386 |
| Rosebud County | 9,233 | 9,383 | 10,505 | 9,899 | 6,032 | 4,057 | 3,912 | 4,251 | 3,787 | 2,055 |
| Sanders County | 11,413 | 10,227 | 8,669 | 8,675 | 7,093 | 6,678 | 5,271 | 4,335 | 3,843 | 2,833 |
| Sheridan County | 3,384 | 4,105 | 4,732 | 5,414 | 5,779 | 2,089 | 2,167 | 2,417 | 2,416 | 2,086 |
| Silver Bow County | 34,200 | 34,606 | 33,941 | 38,092 | 41,981 | 16,717 | 16,176 | 15,474 | 16,071 | 15,631 |
| Stillwater County | 9,117 | 8,195 | 6,536 | 5,598 | 4,632 | 4,803 | 3,947 | 3,291 | 2,681 | 1,959 |
| Sweet Grass County | 3,651 | 3,609 | 3,154 | 3,216 | 2,980 | 2,148 | 1,860 | 1,639 | 1,479 | 1,387 |
| Teton County | 6,073 | 6,445 | 6,271 | 6,491 | 6,116 | 2,892 | 2,910 | 2,725 | 2,747 | 2,265 |
| Toole County | 5,324 | 5,267 | 5,046 | 5,559 | 5,839 | 2,336 | 2,300 | 2,354 | 2,432 | 2,163 |
| Treasure County | 718 | 861 | 874 | 981 | 1,069 | 422 | 422 | 448 | 462 | 448 |
| Valley County | 7,369 | 7,675 | 8,239 | 10,250 | 11,471 | 4,879 | 4,847 | 5,304 | 5,611 | 5,289 |
| Wheatland County | 2,168 | 2,259 | 2,246 | 2,359 | 2,529 | 1,197 | 1,154 | 1,129 | 1,140 | 1,009 |
| Wibaux County | 1,017 | 1,068 | 1,191 | 1,476 | 1,465 | 538 | 587 | 563 | 680 | 536 |
| Yellowstone County | 147,972 | 129,352 | 113,419 | 108,035 | 87,367 | 63,943 | 54,563 | 48,781 | 42,756 | 29,169 |