# Exhibit 3

Current PSC Map

HOME / ABOUT US / COMMISSIONERS / COMMISSIONERS

Submit Comment To Commissioner



- DISTRICT 1
- DISTRICT 2
- DISTRICT 3
- DISTRICT 4
- DISTRICT 5

### Phones

Centralized Services: (406) 444-6175

Regulatory: (406) 444-6359

Legal: (406) 444-6179

### Public Safety

Main: (406) 444-6199

Consumer Assistance: (406) 444-6150 or (800) 646-6150

Pipeline Safety: (406) 444-6181

Railroad Safety: (406) 444-6199

### Address

Montana Public Service Commission

1701 Prospect Ave

PO Box 202601

Helena, Montana 59620-2601



