# Exhibit 4

Map Showing Deviation as of 2013

SENATE State Admin
No. 1
Date 1-25-2013
Bill No. SB 151

## Public Service Commission - Current Districts (2010 population data)

**District 1:** -16,490  -8.33%
- Daniels MT 1,751
- Sheridan MT 3,384
- Roosevelt MT 10,425
- Richland MT 9,746
- McCone MT 1,734
- Dawson MT 8,966
- Wibaux MT 1,017
- Prairie MT 1,179
- Valley MT 7,369
- Garfield MT 1,206
- Phillips MT 4,253
- Petroleum MT 494
- Blaine MT 6,491
- Fergus MT 11,586
- Hill MT 16,096
- Chouteau MT 5,813
- Judith Basin MT 2,072
- Liberty MT 2,339
- Toole MT 5,324
- Cascade MT 81,327

**District 2:** 1,654  0.84%
- Fallon MT 2,890
- Carter MT 1,160
- Custer MT 11,699
- Powder River MT 1,743
- Rosebud MT 9,233
- Treasure MT 718
- Big Horn MT 12,865
- Yellowstone MT 147,972
- Carbon MT 10,078

**District 3:** 6,968  3.52%
- Musselshell MT 4,538
- Wheatland MT 2,168
- Stillwater MT 9,117
- Meagher MT 1,891
- Broadwater MT 5,612
- Jefferson MT 11,406
- Madison MT 7,691
- Silver Bow MT 34,200
- Beaverhead MT 9,246

**District 5:** 10,811  5.46%
- Glacier MT 13,399
- Pondera MT 6,153
- Teton MT 6,073
- Lewis and Clark MT 63,395

**District 4:** -2,943  -1.49%
- Lincoln MT 19,687
- Flathead MT 90,928
- Lake MT 28,746
- Sanders MT 11,413
- Mineral MT 4,223
- Missoula MT 109,299
- Powell MT 7,027
- Granite MT 3,079
- Ravalli MT 40,212

Map layers: Districts, County
0 25 50 75 Miles