# Exhibit 5

SB153 Proposed Map



Public Service Commission - Senate Bill No. 153 Proposal