# Exhibit 6

Letter from Chairman Bill Gallagher to Sen. State Admin. Comm. (Jan. 25, 2013)



**MONTANA PUBLIC SERVICE COMMISSION**

State Admin
Exhibit No. 4
Date 1-25-2013
Bill No. SB 153

1701 Prospect Avenue
PO Box 202601
Helena, MT 59620-2601
Telephone: 406-444-6199
FAX #: 406-444-7618
http://psc.mt.gov
E-mail: psc_webmaster@mt.gov

Bill Gallagher, Chairman
Bob Lake, Vice Chairman
Kirk Bushman, Commissioner
Travis Kavulla, Commissioner
Roger Koopman, Commissioner

January 25, 2013

Chairman Arthun and Members of the
Senate State Administration Committee
PO Box 200500
Helena, MT 59620-0500
Butte, MT 59701

**RE: Senate Bill 153**

Chairman Arthun, Members of the Committee:

The Commission wishes to express its sincere appreciation to Senator Thomas for his work on the SB 153, his visit to the Commission, and for the opportunity to ask questions and offer input regarding the bill.

The five-member Public Service Commission unanimously voted in support of Commissioner Bob Lake's motion to SUPPORT SB 153 as to the intent of the equalization of the population within the Commission Districts.

Our full discussion of the bill with Senator Thomas can be heard or viewed in the audio/video archives section (Jan. 24, 2013 work session) of the PSC website at: http://psc.mt.gov/agendas.asp#avarchives.

Best regards,

W. A. (Bill) Gallagher, Chairman
Montana Public Service Commission
P. O. Box 202601
Helena MT 59620-2601
Email: bgallagher@mt.gov
(406) 444-6169

January 24, 2013

Chairman Arthun and Members of the
Senate State Administration Committee
PO Box 200500
Helena, MT 59620-0500

**RE: SB 153**

Chairman Arthun, Members of the Committee:

I urge you to SUPPORT SB 153 as written, and to RESIST changes to Senator Thomas' proposed redistricting map. It has a **mean deviation of just .0095.** A mean deviation **less than 1%** is an amazing accomplishment considering the size of the PSC Districts coupled with the county line objective.

This map, better than any other considered:

- ✓ Meets and protects the bipartisan supported and Constitutional requirement of **population equality** (one person, one vote);
- ✓ It achieves the target objective of the 2010 MT Redistricting Committee of less than 1% mean deviation and in no case deviate more than 3%.

Likewise, it best fulfills the other stated mandatory objectives of the Redistricting Committee:

- ✓ It offers the most **compact and contiguous districts** of the versions considered;
    - o It best passes the **general appearance test regarding compactness**;
    - o Each district meets the **functional compactness test** in terms of travel and transportation, communication, and geography.

As well, it meets the Redistricting Committee's non-mandatory goals:

- ✓ It **follows lines of political units** (County lines); and
- ✓ It keeps **communities of interest intact**. For instance,
    - o Glacier and Toole Co. share the I-15 (Shelby/Cut Bank) and Hwy 2, a railroad route, wind and other energy developments, common media outlets, etc.
    - o Granite and Deer lodge Co. share I-90, Clark Fork River, and similar timber and agricultural interests.
    - o Powell and Lewis and Clark Co. share Helena as an economic center, Hwy 12 and similar timber and agricultural interests.

No doubt effort will be made to persuade you to make adjustments. I urge you to resist any changes based on partisan benefit. And please, weigh very carefully any proposed changes against the certain degrading impact such would have on your primary objective of **population equality** achieved in this proposal.

Best regards,

W. A. (Bill) Gallagher         wagallagher@msn.com
4855 N Montana Ave
Helena MT 59602
(406) 442-5314