# Exhibit 8

Affidavit of Bob Brown

Constance Van Kley
Rylee Sommers-Flanagan
Upper Seven Law
P.O. Box 31
Helena, MT 59624
(406) 306-0330
constance@uppersevenlaw.com
rylee@uppersevenlaw.com

Joel Krautter
Netzer Law Office P.C.
1060 S. Central Ave. Ste. 2
Sidney, MT 59270
(406) 433-5511
joelkrautternlo@midrivers.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA**
**HELENA DIVISION**

| | |
|---|---|
| BOB BROWN; HAILEY SINOFF; and DONALD SEIFERT,<br><br>*Plaintiffs*,<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br><br>*Defendant*. | Cause No. 6:21-cv-92-DWM<br><br>**Affidavit of Plaintiff Bob Brown** |

STATE OF MONTANA )<br>
: ss.<br>
COUNTY OF FLATHEAD )

I, Bob Brown, being first duly sworn, hereby affirm as follows:

1. I am a resident of Flathead County, Montana, where I am registered to vote.
2. I served as Montana Secretary of State from 2001 through 2005 as a member of the Republican party. Prior to my election as Montana Secretary of State, I was a State Representative and Senator.
3. I intend to vote in the 2022 primary election for District 5 Public Service Commissioner, if a primary is held.
4. I intend to vote in the 2022 general election for District 5 Public Service Commissioner.
5. I have reviewed 2020 Census data for the State of Montana, as published at census.gov.
6. According to my review of the 2020 Census data, which I have compared to the Public Service Commission districting map,

District 5 contains significantly more residents than District 1 and greater than 20% of Montana's total population.

7. If the 2022 primary and general elections are held without alteration of PSC district boundaries, my vote will be less effective than that of a voter in District 1.

DATED this 16 day of December, 2021.

Bob Brown

Bob Brown

Subscribed and sworn to before me this 16th day of December, 2021 by Bob Brown.

KELLI S BOWDEN
NOTARY PUBLIC for the State of Montana
Residing at Whitefish, Montana
My Commission Expires
May 22, 2022

Kelli S Bowden
Notary
SEAL
State of Montana

(Seal)

Kelli S Bowden

Notary Public for the State of Montana

Printed Name: Kelli S. Bowden

Residing at: ______________________

My commission expires: ______________________