IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BOB BROWN, HAILEY SINOFF, and DONALD SEIFERT,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br><br>Defendants. | CV 21–92–H—PJW–DWM–BMM<br><br>ORDER |

Plaintiffs' motion for a temporary restraining order was previously granted, (Doc. 7), and a hearing on Plaintiffs' motion for a preliminary injunction was held before a three-judge panel on January 7, 2022. While the panel considers the merits of Plaintiffs' request for a preliminary injunction,

IT IS ORDERED that the temporary restraining order as stated in the previous order, (Doc. 7), shall remain in effect until January 18, 2022, or until an order on the preliminary injunction is entered, whichever happens first.

DATED this 7th day of January, 2022.

13:23 PM

Donald W. Molloy, District Judge
United States District Court

1