AUSTIN KNUDSEN
Montana Attorney General
KRISTIN HANSEN
  *Lieutenant General*
DAVID M.S. DEWHIRST
  *Solicitor General*
BRENT MEAD
  *Assistant Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
david.dewhirst@mt.gov
brent.mead2@mt.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| BOB BROWN, HAILEY SINOFF; and DONALD SEIFERT<br>　　　Plaintiffs,<br><br>　　v.<br><br>Christi Jacobsen, in her official capacity as Montana Secretary of State,<br>　　　Defendant. | Cause No.<br>6:21-cv-92-PJW-DWM-BMM<br><br>**DEFENDANT'S MOTION TO DISMISS, OR ALTERNATIVELY TO STAY PROCEEDINGS** |
|---|---|

　　Plaintiffs' Complaint should be dismissed pursuant to Fed. R. Civ. P. 12(b)(1) because Plaintiffs' claims are unripe. Alternatively, this proceeding should be stayed to allow the Montana Legislature an

adequate opportunity to reapportion based on the 2020 Census. *See Landis v. N. American Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *Reynolds v. Sims*, 377 U.S. 533, 586 (1964) ("[J]udicial relief becomes appropriate only when a legislature fails to reapportion according to federal constitutional requisites in a timely fashion after having had an adequate opportunity to do so."). This motion is supported by Defendant's Brief in Support of Motion to Dismiss.

Pursuant to Local Rule 7.1(c)(1), the opposing party has been contacted and opposes this motion. Briefing on this Motion will proceed pursuant to the Parties' Joint Motion to Incorporate Prior Briefing (Doc. __).

DATED this 12th day of January, 2022.

                                                                                 AUSTIN KNUDSEN
                                                                                 Montana Attorney General

                                                                                 KRISTIN HANSEN
                                                                                   *Lieutenant General*

                                                                                 DAVID M.S. DEWHIRST
                                                                                  *Solicitor General*

        */s/ Brent Mead*
        BRENT MEAD
        *Assistant Attorney General*
        215 North Sanders
        P.O. Box 201401
        Helena, MT 59620-1401
        p. 406.444.2026
        brent.mead2@mt.gov

        *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: January 12, 2022      /s/    *Brent Mead*
                                               BRENT MEAD