Constance Van Kley
Rylee Sommers-Flanagan
  Upper Seven Law
  P.O. Box 31
  Helena, MT 59624
  (406) 306-0330
  constance@uppersevenlaw.com
  rylee@uppersevenlaw.com

Joel G. Krautter
  Netzer Law Office P.C.
  1060 S. Central Ave. Ste. 2
  Sidney, MT 59270
  (406) 433-5511
  joelkrautternlo@midrivers.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
HELENA DIVISION

| BOB BROWN; HAILEY SINOFF; and DONALD SEIFERT,<br><br>*Plaintiffs,*<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br><br>*Defendant.* | Cause No.<br>6:21-cv-92-PJW-DWM-BMM<br><br>**Plaintiffs' Statement of Undisputed Facts** |
|---|---|

1. According to official 2020 Census data published by the United States Census Bureau, the population of Montana as of 2020 was 1,084,225. 6.7% of Montanans are classified as American Indian or Alaska Native (Doc. 1, ¶ 27; Doc. 12, ¶ 27); Ex. 5, Second Aff. of Constance Van Kley, ¶ 3 (Feb. 7, 2022); United States Census Bureau, QuickFacts: Montana, available at https://www.census.gov/quickfacts/MT.

2. The map attached as Exhibit 1-A shows the population of each Montana county as of the 2020 Census. Ex. 1, Aff. of Constance Van Kley ¶ 3 (Jan. 26, 2022); Ex. 1-A, Map Showing County Population Totals as of the 2020 Census; (Doc. 6-1; Doc. 12, ¶ 2 n.1).

3. The map attached as Exhibit 1-B shows the current Public Service Commission ("Commission") boundaries and population deviations from the ideal population of 216,845 as of the 2020 Census. Ex. 1, Aff. of Constance Van Kley ¶ 4; Ex. 1-B, Current Commission Map; (Doc. 6-1; Doc. 12, ¶ 2 n.1).

4. Each decennial census cycle, Montana's Districting and Apportionment Committee sets criteria for redistricting following a period of public comment. Ex. 4, Expert Report of the Honorable

Jim Regnier, 3 (Jan. 26, 2022); Ex. 2, Mont. Districting & Apportionment Comm'n, Final Legislative Redistricting Plan Based on the 2010 Census 13-14 (Feb. 12, 2013), available at http://perma.cc/2H5X-PLGK); Ex. 3, Mont. Districting & Apportionment Comm'n, Criteria & Goals for State Leg. Districts (July 2021), available at https://leg.mt.gov/content/Districting/ 2020/Topics/Criteria/adopted-criteria-state-legislative-dac-july-2021.pdf.

5. The map attached as Exhibit 1-C shows Plaintiffs' Proposed Map 1, which incorporates official 2020 Census data. Ex. 1, Aff. of Constance Van Kley, ¶ 5; Ex. 1-C, Pls.' Proposed Map 1. This map does not redistrict current and incumbent commissioners. Ex. 1, Aff. of Constance Van Kley, ¶ 7.

6. The map attached as Exhibit 1-D shows Plaintiffs' Proposed Map 2, which incorporates official 2020 Census data. Ex. 1, Aff. of Constance Van Kley, ¶ 5; Ex. 1-D, Pls.' Proposed Map 2. This map does not redistrict current and incumbent commissioners. Ex. 1, Aff. of Constance Van Kley, ¶ 7.

7. The map attached as Exhibit 1-E shows Plaintiffs' Proposed Map 3, which incorporates official 2020 Census data. Ex. 1, Aff. of Constance Van Kley, ¶ 5; Ex. 1-E, Pls.' Proposed Map 3. This map does not redistrict current and incumbent commissioners. Ex. 1, Aff. of Constance Van Kley, ¶ 7.

8. The Little Shell Tribe of Chippewa Indians is a band of the Chippewa Indians headquartered in Great Falls, Montana, with 4,500 members. Ex. 5, Second Aff. of Constance Van Kley, ¶ 4.

9. Northcentral and northeastern Montana is peppered with land held in trust for the Turtle Mountain Band of Chippewa Indians. Ex. 5, Second Aff. of Constance Van Kley, ¶ 5.

Respectfully submitted this 7th day of February, 2021.

/s/ *Constance Van Kley*
Constance Van Kley
Rylee Sommers-Flanagan
Upper Seven Law


/s/ *Joel G. Krautter*
Joel G. Krautter
Netzer Law Office P.C.

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed in CM/ECF on February 7, 2022, and served upon all registered users.

/s/ *Constance Van Kley*
Attorney for Plaintiffs