# Exhibit 1

## Affidavit of Constance Van Kley

Constance Van Kley
Rylee Sommers-Flanagan
 Upper Seven Law
 P.O. Box 31
 Helena, MT 59624
 (406) 306-0330
 constance@uppersevenlaw.com
 rylee@uppersevenlaw.com

Joel G. Krautter
 Netzer Law Office P.C.
 1060 S. Central Ave. Ste. 2
 Sidney, MT 59270
 (406) 433-5511
 joelkrautternlo@midrivers.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
HELENA DIVISION**

| | |
|---|---|
| BOB BROWN; HAILEY SINOFF; and DONALD SEIFERT,<br><br>*Plaintiffs*,<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br><br>*Defendant*. | Cause No.<br>6:21-cv-92-PJW-DWM-BMM<br><br>**Affidavit of Constance Van Kley** |

STATE OF MONTANA      )
                                          : ss.
COUNTY OF MISSOULA  )

Constance Van Kley, being first duly sworn, deposes and states as follows:

1. I am over 18 years old and a resident of Missoula, Montana. The matters set forth in this Affidavit are based upon my personal knowledge.

2. I am counsel of record in the above-captioned case and employed as Litigation Director for Upper Seven Law, which is headquartered in Helena, Montana.

3. I directed and oversaw the creation of a map showing 2020 Census population data for all Montana counties. That map is attached as Exhibit A to this affidavit. The map was created by downloading a map titled "Population Density in Montana Counties: 2020" from a federal government website, https://www.census.gov/library/stories/state-by-state/montana-population-change-between-census-decade.html. Onto the downloaded map, text boxes were added showing the names of each county and the population of each county as of the 2020 Census. Population data similarly was added

*Affidavit of Constance Van Kley*                                                                                  2

to a sidebar showing the population of each federal reservation as of the 2020 Census. County population information used in the map was published at https://www.census.gov/library/stories/state-by-state/montana-population-change-between-census-decade.html. Reservation population used in the map was published at https://www.census.gov/tribal/?st=30&aianihh=0305.

4. I directed and oversaw the creation of the map attached as Exhibit B to this affidavit. This map shows the current Montana Public Service Commission districts as provided for in Montana Code Annotated § 69-1-104. The map was created on davesredistricting.org, which calculates: the total population of each district; the ideal district population; and the numerical deviation in population from ideal district population for each district. The percent deviation for each district was calculated by dividing numerical deviation by the ideal district population. County names and the current district boundaries were found at https://psc.mt.gov/About-Us/Commissioners/. Each district's total population, numerical deviation, and percent deviation is shown in a text box immediately below the map.

*Affidavit of Constance Van Kley*                                                                 3

5. I directed and oversaw the creation of Plaintiffs' Proposed Maps 1, 2, and 3, which are attached as Exhibits C, D, and E to this affidavit, respectively. These maps show potential solutions for redistricting the Montana Public Service Commission. Each map was drawn using free online software at davesredistricting.org, which calculates: the total population of each district; the ideal district population; and the numerical deviation in population from ideal district population for each district. The percent deviation for each district was calculated by dividing numerical deviation by the ideal district population. County names and the current district boundaries were found at https://psc.mt.gov/About-Us/Commissioners/. The current district boundaries are shown in white on each map. Each district's total population, numerical deviation, and percent deviation is shown in a text box immediately below the map.

6. The current Public Service Commission Map (Ex. B) and Plaintiffs' Proposed Maps 1, 2, and 3 (Exs. C, D, and E) also show federal Indian reservation boundaries. These boundaries were added to each map by navigating to the "Custom Overlays" tab on

https://davesredistricting.org/ for each map and selecting "Add Maps." The tribal map was found by searching for "( state: mt ) and ( owner: dra2020 )" from that tab. The search results included a map titled "MT State Tribes." That map was applied as an overlay to each map after cross-referencing the overlay with a map published at https://tribalnations.mt.gov/tribalnations and individual tribal maps linked from a landing page at https://www2.census.gov/geo/maps/DC2020/TribalTract/.

7. Plaintiffs' Proposed Maps 1, 2, and 3 do not redistrict current and incumbent commissioners out of their Public Service Commission Districts. Incumbent District 1 Commissioner Randy Pinocci is a resident of Sun River, Montana, which is located in Cascade County. Mont. Sec'y of State, 2018 Gen. Elec. Candidate List, https://sosmt.gov/wp-content/uploads/2018-Candidate-List.pdf. Current District 2 Commissioner Tony O'Donnell is a resident of Billings, Montana, located in Yellowstone County. Mont. Sec'y of State, 2020 Candidate Information: 2020 Candidate Filings—Non Legislative, available at https://sosmt.gov/elections/filing/#1627309796830-82fb5310-d168. Current District 3 Commissioner

James Brown is a resident of Dillon, Montana, located in Beaverhead County. *Id.* Current District 4 Commissioner Jennifer Fielder is a resident of Thompson Falls, Montana, located in Sanders County. *Id.* The incumbent District 5 Commissioner, Brad Johnson, is ineligible for reelection. Mont. Sec'y of State, Term Limits: Public Service Commission, https://sosmt.gov/elections/term_limits/.

8. Each map was created with the assistance of Jacob Linfesty, who holds the title of Impact Associate at Upper Seven Law. I oversaw Mr. Linfesty's work and reviewed each map in draft and final forms.

Further Affiant Sayeth Naught.

DATED this 26th day of January, 2022.

_____
Constance Van Kley

Subscribed and sworn to before me this 26th day of January, 2022 by Constance Van Kley.

SARAH SPELTZ
NOTARY PUBLIC for the
State of Montana
Residing at Missoula, Montana
My Commission Expires
May 18, 2025
(Seal)

_____
Notary Public for the State of Montana
Printed Name: Sarah Speltz
Residing at: Missoula
My commission expires: May 18 2025

*Affidavit of Constance Van Kley*　　　　　　　　　　　　　　　　6

# Exhibit 1-A

## Map Showing County Population Totals as of the 2020 Census



Population Density in Montana Counties: 2020

| Mercator County | | |
|---|---|---|
| 1. | Yellowstone County | 164,731 |
| 2. | Gallatin County | 118,960 |
| 3. | Missoula County | 117,922 |
| 4. | Flathead County | 104,357 |
| 5. | Cascade County | 84,414 |
| 6. | Lewis and Clark County | 70,973 |
| 7. | Ravalli County | 44,174 |
| 8. | Silver Bow County | 35,133 |
| 9. | Lake County | 31,134 |
| 10. | Lincoln County | 19,677 |
| 11. | Park County | 17,191 |
| 12. | Hill County | 16,309 |
| 13. | Glacier County | 13,778 |
| 14. | Big Horn County | 13,124 |
| 15. | Sanders County | 12,400 |
| 16. | Jefferson County | 12,085 |
| 17. | Custer County | 11,867 |
| 18. | Richland County | 11,491 |
| 19. | Fergus County | 11,446 |
| 20. | Roosevelt County | 10,794 |
| 21. | Carbon County | 10,473 |

| Mercator County | | |
|---|---|---|
| 22. | Deer Lodge County | 9,421 |
| 23. | Beaverhead County | 9,371 |
| 24. | Stillwater County | 8,963 |
| 25. | Dawson County | 8,940 |
| 26. | Madison County | 8,623 |
| 27. | Rosebud County | 8,329 |
| 28. | Valley County | 7,578 |
| 29. | Blaine County | 7,044 |
| 30. | Powell County | 6,946 |
| 31. | Broadwater County | 6,774 |
| 32. | Teton County | 6,226 |
| 33. | Pondera County | 5,898 |
| 34. | Chouteau County | 5,895 |
| 35. | Toole County | 4,971 |
| 36. | Musselshell County | 4,730 |
| 37. | Mineral County | 4,535 |
| 38. | Phillips County | 4,217 |
| 39. | Sweet Grass County | 3,678 |
| 40. | Sheridan County | 3,539 |
| 41. | Granite County | 3,309 |
| 42. | Fallon County | 3,049 |

| | Mercator County | |
|---|---|---|
| 43. | Wheatland County | 2,069 |
| 44. | Judith Basin County | 2,023 |
| 45. | Liberty County | 1,959 |
| 46. | Meagher County | 1,927 |
| 47. | McCone County | 1,729 |
| 48. | Powder River County | 1,694 |
| 49. | Daniels County | 1,661 |
| 50. | Carter County | 1,415 |
| 51. | Garfield County | 1,173 |
| 52. | Prairie County | 1,088 |
| 53. | Wibaux County | 937 |
| 54. | Golden Valley County | 823 |
| 55. | Treasure County | 762 |
| 56. | Petroleum County | 496 |

# Exhibit 1-B

Current Commission Map



District 1: 186,616 (-30,229, -13.94%)
District 2: 216,532 (-313, -0.14%)
District 3: 239,748 (+22,903, +10.56%)
District 4: 208,963 (-7,882, -3.36%)
District 5: 232,366 (+15,521, +7.16%)

# Exhibit 1-C

## Plaintiffs' Proposed Map 1



District 1: 219,130 (+2,285, +1.05%)
District 2: 217,948 (+1,103, +0.51%)
District 3: 216,073 (-772, -0.36%)
District 4: 215,226 (-1,619, -0.75%)
District 5: 215,848 (-997, -0.46%)

# Exhibit 1-D

## Plaintiffs' Proposed Map 2

Current PSC Districts

District 1: 216,686 (-159, -0.07%)
District 2: 218,722 (+1,877, +0.87%)
District 3: 217,558 (+713, +0.33%)
District 4: 214,893 (-1,952, -0.90%)
District 5: 216,366 (-479 -0.22%)

# Exhibit 1-E

## Plaintiffs' Proposed Map 3



District 1: 215,533 (-1,312, -0.61%)
District 2: 220,174 (+3,329, +1.54%)
District 3: 214,232 (-2,613, -1.21%)
District 4: 214,893 (-1,952, -0.90%)
District 5: 219,393 (+2,548, +1.18%)