AUSTIN KNUDSEN
Montana Attorney General
KRISTIN HANSEN
  *Lieutenant General*
DAVID M.S. DEWHIRST
  *Solicitor General*
BRENT MEAD
  *Assistant Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
david.dewhirst@mt.gov
brent.mead2@mt.gov

EMILY JONES
  *Special Assistant Attorney General*
115 N. Broadway, Suite 410
Billings, MT  59101
Phone:  406-384-7990
emily@joneslawmt.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BOB BROWN; HAILEY SINOFF; AND DONALD SIEFERT,<br><br>Plaintiffs,<br>v.<br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br><br>Defendant. | Case No. 6:21-cv-00092<br><br>**DEFENDANT'S STATEMENT OF UNDISPUTED FACTS** |

Pursuant to local rule 56.1(a), Defendant Secretary of State Jacobsen gives notice that she presents pure legal questions to be determined as a matter of law and no Statement of Undisputed Facts is necessary.

DATED this 7th day of February, 2022.

>AUSTIN KNUDSEN
>Montana Attorney General
>
>KRISTIN HANSEN
>  *Lieutenant General*
>
>DAVID M.S. DEWHIRST
>  *Solicitor General*
>
>Emily Jones
>  *Special Assistant Attorney General*
>
>  */s/ Brent Mead*
>BRENT MEAD
>  *Assistant Attorney General*
>215 North Sanders
>P.O. Box 201401
>Helena, MT 59620-1401
>p. 406.444.2026
>brent.mead2@mt.gov
>
>*Attorney forDefendant*

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: February 7, 2022         /s/   Brent Mead
                                BRENT MEAD