

OFFICE OF THE GOVERNOR
STATE OF MONTANA

GREG GIANFORTE　　　　　　　　　　　　　　　　　　　　　　　　　KRISTEN JURAS
GOVERNOR　　　　　　　　　　　　　　　　　　　　　　　　　　　　　LT. GOVERNOR

February 8, 2022

Clerk of Court　　　　　　　　　　　Re:　*Brown* et al. *v Jacobsen,* Cause No. 6:21-cv-
Paul G. Hatfield Federal Courthouse　　　　92-PJW-DWM-BMM
901 Front Street
Helena, MT 59626
Ph.: (406) 441-1355

Dear Clerk,

On December 9, 2021, this matter was assigned to a three-judge panel pursuant to 28 U.S.C. 2284(a). On December 22, 2021, a temporary restraining order was granted and a preliminary injunction hearing in the case was set for and held on January 7, 2022. A preliminary injunction resulted.

28 U.S.C. 2284(b)(2) directs that "[i]f the action is against a State, or officer or agency thereof, at least five days' notice of hearing of the action shall be given by registered or certified mail to the Governor and attorney general of the State." The Governor's office has no record of receiving a hearing notice. Should it assist the Court in complying with this provision, Governor Gianforte respectfully requests that I be added to the CM/ECF docket as the attorney to be noticed on his behalf solely for purposes of notice as required by federal law. My information is below. Because it was filed through CM/ECF, all counsel of record have been notified of this letter.

Please let me know of any questions or concerns.

　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　/s/ Anita Y. Milanovich

　　　　　　　　　　　　　　　　　　Anita Milanovich
　　　　　　　　　　　　　　　　　　General Counsel
　　　　　　　　　　　　　　　　　　Office of the Governor
　　　　　　　　　　　　　　　　　　1301 E. 6th Ave.
　　　　　　　　　　　　　　　　　　Helena, MT 59601
　　　　　　　　　　　　　　　　　　Ph.: 406/444-5554
　　　　　　　　　　　　　　　　　　Email: anita.milanovich@mt.gov