IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BOB BROWN, HAILEY SINOFF, and DONALD SEIFERT,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br><br>Defendant. | CV 21–92–H–PJW–DWM–BMM<br><br><br>ORDER |

IT IS ORDERED that, pursuant to 28 U.S.C. § 2284(b)(2), Plaintiffs are directed to serve the Governor with the Complaint, (Doc. 1), the January 13, 2022 scheduling order, (Doc. 17), and this Order.

IT IS FURTHER ORDERED that the Clerk of Court is directed to add Anita Milanovich and Governor Gianforte to CM/ECF.

DATED this 8th day of February, 2022.

Donald W. Molloy, District Judge
United States District Court