IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BOB BROWN, HAILEY SINOFF, and DONALD SEIFERT,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br><br>Defendant. | CV 21–92–H–PJW–DWM–BMM<br><br><br>ORDER |

In support of their motion for summary judgment, Plaintiffs have included three proposed maps for the panel's consideration. (*See* Doc. 22 at 37–39; *see also* Doc. 23-1 at 16, 18, 20.) Accordingly,

IT IS ORDERED that Jacobsen is directed to submit at least one proposed map in conjunction with its responsive briefing. Consistent with the January 13, 2022 scheduling order, such a proposal shall be due on or before February 22, 2022. (*See* Doc. 17.)

DATED this 9th day of February, 2022.

Donald W. Molloy, District Judge
United States District Court

1