Constance Van Kley
Rylee Sommers-Flanagan
 Upper Seven Law
 P.O. Box 31
 Helena, MT 59624
 (406) 306-0330
 constance@uppersevenlaw.com
 rylee@uppersevenlaw.com

Joel G. Krautter
 Netzer Law Office P.C.
 1060 S. Central Ave. Ste. 2
 Sidney, MT 59270
 (406) 433-5511
 joelkrautternlo@midrivers.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| BOB BROWN; HAILEY SINOFF; and DONALD SEIFERT,<br><br>*Plaintiffs*,<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br><br>*Defendant*. | Cause No.<br>6:21-cv-92-PJW-DWM-BMM<br><br>**Notice of Nonobjection Regarding Applicability of 22 U.S.C. § 2284** |

As Defendant correctly stated in her motion for summary judgment, Plaintiffs object to Defendant's request for judgment in Defendant's favor. (Doc. 24 at 2.) Plaintiffs file this notice to clarify that they do not object to Defendant's position that 28 U.S.C. § 2284 does not apply to this matter.

In their Complaint, Plaintiffs requested that a three-judge district court be empaneled pursuant to 28 U.S.C. § 2284. (Doc. 1.) Through her motion for summary judgment, Defendant asks the Court to determine that § 2284 does not apply to this action. (Docs. 24, 25 at 4–7.) The operative phrase—"statewide legislative body," 28 U.S.C. § 2284(a)—is unclear and legally undeveloped: Plaintiffs believe it could mean, at minimum, either "state legislature" or "statewide body that makes law." But this issue of statutory interpretation, while interesting, likely may remain academic.

Plaintiffs hereby give notice that they do not object to Defendant's position and affirmatively consent to further adjudication by a single district court judge. Because the Court may see this issue as a threshold issue and because its early determination may facilitate the streamlined resolution of this matter, Plaintiffs give notice of their position now.

Plaintiffs' arguments regarding the other, potentially dispositive issues presented in Defendant's motion for summary judgment will be presented in the ordinary course.

Plaintiffs contacted Defendant several days prior to filing this notice. Defendant has not provided a position.

Respectfully submitted this 11th day of February, 2022.

                         /s/ *Constance Van Kley*
                         Constance Van Kley
                         Rylee Sommers-Flanagan
                         Upper Seven Law

                         /s/ *Joel G. Krautter*
                         Joel G. Krautter
                         Netzer Law Office P.C.

                         *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed in CM/ECF on February 11, 2022, and served upon all registered users.

/s/ *Constance Van Kley*
Attorney for Plaintiffs
