# Exhibit A

Affidavit of Constance Van Kley

Constance Van Kley
Rylee Sommers-Flanagan
 Upper Seven Law
 P.O. Box 31
 Helena, MT 59624
 (406) 306-0330
 constance@uppersevenlaw.com
 rylee@uppersevenlaw.com

Joel G. Krautter
 Netzer Law Office P.C.
 1060 S. Central Ave. Ste. 2
 Sidney, MT 59270
 (406) 433-5511
 joelkrautternlo@midrivers.com

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
### HELENA DIVISION

| | |
|---|---|
| BOB BROWN; HAILEY SINOFF; and DONALD SEIFERT,<br><br>　　　　　　　　*Plaintiffs*,<br><br>　vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br><br>　　　　　　　　*Defendant.* | Cause No.<br>6:21-cv-92-PJW-DWM-BMM<br><br>**Affidavit of Constance Van Kley** |

STATE OF MONTANA  )
                  : ss.
COUNTY OF MISSOULA )

Constance Van Kley, being first duly sworn, deposes and states as follows:

1. I am over 18 years old and a resident of Missoula, Montana. The matters set forth in this Affidavit are based upon my personal knowledge.

2. I am counsel of record in the above-captioned case and employed as Litigation Director for Upper Seven Law, which is headquartered in Helena, Montana.

3. Exhibit A is a letter from Senate President Mark Blasdel and Speaker of the House E. Wylie Galt addressed to all Republican legislators. The Executive Director of the Montana Legislative Services Division provided this letter via email on February 22, 2022, in response to an information request.

//
//
//
//

*Affidavit of Constance Van Kley*                                                        2

Further Affiant Sayeth Naught.

DATED this 22nd day of February, 2022.

_____
Constance Van Kley

Subscribed and sworn to before me this 22nd day of February, 2022 by Constance Van Kley.



Notary Public for the State of Montana
Printed Name: Michael Quinn
Residing at: Missoula
My commission expires: 3/11/25

*Affidavit of Constance Van Kley*                                        3