# Exhibit E

# MINUTES

## MONTANA HOUSE OF REPRESENTATIVES
## 58th LEGISLATURE - REGULAR SESSION

### COMMITTEE ON FEDERAL RELATIONS, ENERGY, AND TELECOMMUNICATIONS

**Call to Order:** By **CHAIRMAN ROD BITNEY**, on March 17, 2003 at 3:00 P.M., in Room 455 Capitol.

### ROLL CALL

**Members Present:**
   Rep. Rod Bitney, Chairman (R)
   Rep. Gary Matthews, Vice Chairman (D)
   Rep. Dee Brown (R)
   Rep. Eileen J. Carney (D)
   Rep. Tim Dowell (D)
   Rep. Daniel Fuchs (R)
   Rep. Hal Jacobson (D)
   Rep. Diane Rice (R)
   Rep. Jim Shockley (R)

**Members Excused:**   Rep. Brennan Ryan (D)
               Rep. John Parker (D)
               Rep. Alan Olson, Vice Chairman (R)
               Rep. Jeff Laszloffy (R)
               Rep. Scott Mendenhall (R)

**Staff Present:**   Glenna McClure, Committee Secretary
             Mary Vandenbosch, Legislative Branch

**Please Note.** These are summary minutes.  Testimony and discussion are paraphrased and condensed.

**Committee Business Summary:**
   Hearing & Date Posted:   SJ 13, 3/13/2003; SB 220,
                            3/13/2003; SB 316, 3/13/2003
        Executive Action:   SB 220

EXHIBIT E
030317FEH_Hm1.wpd

SOS 0003

HOUSE COMMITTEE ON FEDERAL RELATIONS, ENERGY, AND TELECOMMUNICATIONS
March 17, 2003
PAGE 4 of 6

**Opening Statement by Sponsor**:

*{Tape: 1; Side: A; Approx. Time Counter: 17.8 - 24.8}*

**SEN. THOMAS** said that the districts for the Public Service Commission (PSC) have not changed since the 1970's. There were several different options of which he picked Option C which he moved through the Senate. It has the smallest deviation by population and most compact by eyesight. He distributed a copy of the current PSC districts, a copy of the Option C changes, and a table that showed the population deviation.

**EXHIBIT**(feh56a02)
**EXHIBIT**(feh56a03)
**EXHIBIT**(feh56a04)

**Proponents' Testimony**:

*{Tape: 1; Side: A; Approx. Time Counter: 24.8 - 28}*

**Greg Jergeson, Public Service Commission**, provided a copy of his testimony.

**EXHIBIT**(feh56a05)

**Opponents' Testimony**:   None

**Informational Testimony**:   None

**Questions from Committee Members and Responses**:

*{Tape: 1; Side: A; Approx. Time Counter: 28 - 30}*

**REP. MATTHEWS** asked how this change would affect commissioners from other districts.

**Mr. Jergeson** said that one commissioner is term-limited. Two of the commissioners are up for election in 2006, two are up for election in 2004, there isn't a commissioner in the new district which would be an open seat for the next election.

**Closing by Sponsor**:

*{Tape: 1; Side: B; Approx. Time Counter: 1 - 1.7}*

**SEN. THOMAS** said that REP. FUCHS has agreed to carry this bill in the House.

030317FEH_Hm1.wpd

SOS 0006

Case 6:21-cv-00092-PJW-DWM-BMM   Document 32-5   Filed 02/22/22   Page 4 of 4

```
                    HOUSE COMMITTEE ON FEDERAL RELATIONS, ENERGY, AND
                                               TELECOMMUNICATIONS
                                                   March 17, 2003
                                                    PAGE 6 of 6
```

## ADJOURNMENT

Adjournment:  3:45 P.M.

```
                              _____
                              REP. ROD BITNEY, Chairman


                              _____
                              GLENNA MCCLURE, Secretary
```

RB/GM

**EXHIBIT(feh56aad)**