# Exhibit F



EXHIBIT F