AUSTIN KNUDSEN
Montana Attorney General
KRISTIN HANSEN
  *Lieutenant General*
DAVID M.S. DEWHIRST
  *Solicitor General*
BRENT MEAD
  *Assistant Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
david.dewhirst@mt.gov
brent.mead2@mt.gov

EMILY JONES
  *Special Assistant Attorney General*
115 N. Broadway, Suite 410
Billings, MT  59101
Phone:  406-384-7990
emily@joneslawmt.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BOB BROWN; HAILEY SINOFF; AND DONALD SIEFERT,<br>      Plaintiffs,<br><br>    v.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br>      Defendant. | Case No. 6:21-cv-00092<br><br>**DEFENDANT'S NOTICE OF INTENT TO USE ELECTRONIC EXHIBITS AT TRIAL** |

Pursuant to the Court's Order of January 13, 2022 (Doc. 17), the Defendant provides notice to the Court and the I.T. Supervisor of its intent to use the courtroom electronic evidence system for the presentation of exhibits at the trial of this case, set for Friday, March 4, 2022, at 9:00 a.m.

DATED this 28th day of February, 2022.

> AUSTIN KNUDSEN
> Montana Attorney General
>
> KRISTIN HANSEN
>   *Lieutenant General*
>
> DAVID M.S. DEWHIRST
>   *Solicitor General*
>
> Emily Jones
>   *Special Assistant Attorney General*
>
>   */s/ Brent Mead*
> BRENT MEAD
>   *Assistant Solicitor General*
> 215 North Sanders
> P.O. Box 201401
> Helena, MT 59620-1401
> p. 406.444.2026
> brent.mead2@mt.gov
>
> *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: February 28, 2022      /s/     *Brent Mead*
                              BRENT MEAD