Constance Van Kley
Rylee Sommers-Flanagan
  Upper Seven Law
  P.O. Box 31
  Helena, MT 59624
  (406) 306-0330
  constance@uppersevenlaw.com
  rylee@uppersevenlaw.com

Joel G. Krautter
  Netzer Law Office P.C.
  1060 S. Central Ave. Ste. 2
  Sidney, MT 59270
  (406) 433-5511
  joelkrautternlo@midrivers.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| BOB BROWN; HAILEY SINOFF; and DONALD SEIFERT, <br><br> *Plaintiffs*, <br><br> vs. <br><br> CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State, <br><br> *Defendant*. | Cause No. 6:21-cv-92-PJW-DWM-BMM <br><br> **Plaintiffs' Notice of Intent to Use Electronic Exhibits at Trial** |

Plaintiffs provide notice to the Court and the I.T. Supervisor of their intent to use the courtroom electronic evidence system for the presentation of exhibits at the bench trial of this case on Friday, March 4, 2022, at 9:00 a.m.

DATED this 2nd day of March, 2022.

/s/ *Constance Van Kley*
Constance Van Kley
Rylee Sommers-Flanagan
Upper Seven Law

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed in CM/ECF on March

2, 2022, and served upon all registered users.

/s/ *Constance Van Kley*
Constance Van Kley