

Exhibit 2

# Mercator County

| | | |
|---|---|---|
| 1. | Yellowstone County | 164,731 |
| 2. | Gallatin County | 118,960 |
| 3. | Missoula County | 117,922 |
| 4. | Flathead County | 104,357 |
| 5. | Cascade County | 84,414 |
| 6. | Lewis and Clark County | 70,973 |
| 7. | Ravalli County | 44,174 |
| 8. | Silver Bow County | 35,133 |
| 9. | Lake County | 31,134 |
| 10. | Lincoln County | 19,677 |
| 11. | Park County | 17,191 |
| 12. | Hill County | 16,309 |
| 13. | Glacier County | 13,778 |
| 14. | Big Horn County | 13,124 |
| 15. | Sanders County | 12,400 |
| 16. | Jefferson County | 12,085 |
| 17. | Custer County | 11,867 |
| 18. | Richland County | 11,491 |
| 19. | Fergus County | 11,446 |
| 20. | Roosevelt County | 10,794 |
| 21. | Carbon County | 10,473 |

Exhibit 2

Mercator County

| | | |
|---|---|---|
| 22. | Deer Lodge County | 9,421 |
| 23. | Beaverhead County | 9,371 |
| 24. | Stillwater County | 8,963 |
| 25. | Dawson County | 8,940 |
| 26. | Madison County | 8,623 |
| 27. | Rosebud County | 8,329 |
| 28. | Valley County | 7,578 |
| 29. | Blaine County | 7,044 |
| 30. | Powell County | 6,946 |
| 31. | Broadwater County | 6,774 |
| 32. | Teton County | 6,226 |
| 33. | Pondera County | 5,898 |
| 34. | Chouteau County | 5,895 |
| 35. | Toole County | 4,971 |
| 36. | Musselshell County | 4,730 |
| 37. | Mineral County | 4,535 |
| 38. | Phillips County | 4,217 |
| 39. | Sweet Grass County | 3,678 |
| 40. | Sheridan County | 3,539 |
| 41. | Granite County | 3,309 |
| 42. | Fallon County | 3,049 |

Exhibit 2

Mercator County

| 43. | Wheatland County | 2,069 |
| 44. | Judith Basin County | 2,023 |
| 45. | Liberty County | 1,959 |
| 46. | Meagher County | 1,927 |
| 47. | McCone County | 1,729 |
| 48. | Powder River County | 1,694 |
| 49. | Daniels County | 1,661 |
| 50. | Carter County | 1,415 |
| 51. | Garfield County | 1,173 |
| 52. | Prairie County | 1,088 |
| 53. | Wibaux County | 937 |
| 54. | Golden Valley County | 823 |
| 55. | Treasure County | 762 |
| 56. | Petroleum County | 496 |

Exhibit 2