

District 1: 216,686 (-159, -0.07%)
District 2: 218,722 (+1,877, +0.87%)
District 3: 217,558 (+713, +0.33%)
District 4: 214,893 (-1,952, -0.90%)
District 5: 216,366 (-479 -0.22%)

Exhibit 4