

District 1: 215,533 (-1,312, -0.61%)
District 2: 220,174 (+3,329, +1.54%)
District 3: 214,232 (-2,613, -1.21%)
District 4: 214,893 (-1,952, -0.90%)
District 5: 219,393 (+2,548, +1.18%)

Exhibit 5