

**Defendant's Trial Exhibit 22**

Page 001