# Exhibit F

Defendant's Trial
Exhibit 23
Page 001



**Defendant's Trial Exhibit 23**
Page 002
EXHIBIT F