UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| BOB BROWN, HAILEY SINOFF, and DONALD SEIFERT,<br><br>Plaintiffs,<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br><br>Defendant. | CV-21-92-H-PJW-DWM-BMM<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

    IT IS ORDERED AND ADJUDGED: Pursuant to the Opinion and Order (Doc. 44), judgment is entered in favor of the Plaintiffs and against the Defendant.

    Dated this 8th day of March 2022.

                                          TYLER P. GILMAN, CLERK

                                          By: /s/ Heidi Gauthier
                                          Heidi Gauthier, Deputy Clerk