Constance Van Kley
Rylee Sommers-Flanagan
  Upper Seven Law
  P.O. Box 31
  Helena, MT 59624
  (406) 306-0330
  constance@uppersevenlaw.com
  rylee@uppersevenlaw.com

Joel G. Krautter
  Netzer Law Office P.C.
  1060 S. Central Ave. Ste. 2
  Sidney, MT 59270
  (406) 433-5511
  joelkrautternlo@midrivers.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| BOB BROWN; HAILEY SINOFF; and DONALD SEIFERT,<br><br>*Plaintiffs*,<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br><br>*Defendant.* | Cause No. 6:21-cv-92-DWM<br><br>**Plaintiffs' Motion for Attorney's Fees** |

Pursuant to Federal Rule of Civil Procedure 54(d), 42 U.S.C. § 1988, and 52 U.S.C. § 10310, Plaintiffs move for reasonable attorney's fees and costs. As explained in the accompanying brief, Plaintiffs seek a total award of fees and costs of $136,384.74.

Plaintiffs' counsel has contacted counsel for Defendant, and Defendant opposes this motion. D. Mont. L.R. 7.1(c)(1).

Respectfully submitted this 22nd day of March, 2022.

        /s/ *Constance Van Kley*
        Constance Van Kley
        Rylee Sommers-Flanagan
        Upper Seven Law

        /s/ *Joel G. Krautter*
        Joel G. Krautter
        Netzer Law Office P.C.

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed in CM/ECF and served on all registered users.

/s/ *Constance Van Kley*
Attorney for Plaintiffs