# Exhibit 3

## Upper Seven Law Timesheet

| Description | User | Date | Duration | Rate | Amount |
|---|---|---|---|---|---|
| edit, finalize, & file motion for attorney's fees | Constance | 22/03/2022 | 2.30 | 275.00 | 632.50 |
| edit/revise motion for attorney's fees | Constance | 21/03/2022 | 1.30 | 275.00 | 357.50 |
| revise/edit motion for attorney's fees | Constance | 18/03/2022 | 1.00 | 275.00 | 275.00 |
| draft motion for attorney's fees | Constance | 17/03/2022 | 2.20 | 275.00 | 605.00 |
| draft motion for attorney's fees | Constance | 17/03/2022 | 1.00 | 275.00 | 275.00 |
| draft motion for attorney's fees | Constance | 17/03/2022 | 3.80 | 275.00 | 1,045.00 |
| Draft motion for attorneys' fees | Constance | 16/03/2022 | 6.10 | 275.00 | 1,677.50 |
| draft declaration in support of motion for attorneys fees | Constance | 15/03/2022 | 1.70 | 275.00 | 467.50 |
| work on motion for attorney's fees | Constance | 15/03/2022 | 4.20 | 275.00 | 1,155.00 |
| begin working on motion for attorney's fees | Constance | 14/03/2022 | 1.40 | 275.00 | 385.00 |
| attend hearing | Constance | 04/03/2022 | 3.10 | 275.00 | 852.50 |
| hearing prep; continue to revise outline; moot; review materials | Constance | 03/03/2022 | 8.50 | 275.00 | 2,337.50 |
| hearing prep: revise outline; moot; review pleadings and cases | Constance | 02/03/2022 | 7.10 | 275.00 | 1,952.50 |
| hearing prep: draft outline; compile and outline cases | Constance | 01/03/2022 | 6.30 | 275.00 | 1,732.50 |
| incorporate multiple rounds of edits to FOF/COLs | Constance | 28/02/2022 | 3.00 | 275.00 | 825.00 |
| correspond with opposing counsel re: FOF/COLs | Constance | 28/02/2022 | 1.80 | 275.00 | 495.00 |
| revise/finalize/file Plaintiffs' proposed FOF/COL | Constance | 28/02/2022 | 1.70 | 275.00 | 467.50 |
| prepare and manually file thumb drive | Constance | 28/02/2022 | 1.00 | 275.00 | 275.00 |
| incorporate edits/finalize/file joint findings of fact | Constance | 28/02/2022 | 1.00 | 275.00 | 275.00 |
| draft joint findings of fact | Constance | 28/02/2022 | 1.10 | 275.00 | 302.50 |
| edit, finalize, and file reply brief | Constance | 28/02/2022 | 2.40 | 275.00 | 660.00 |
| draft Plaintiffs' proposed FOF/COL | Constance | 27/02/2022 | 4.30 | 275.00 | 1,182.50 |
| draft SJ reply brief | Constance | 27/02/2022 | 4.10 | 275.00 | 1,127.50 |
| draft SJ reply brief | Constance | 25/02/2022 | 7.40 | 275.00 | 2,035.00 |

| | | | | | |
|---|---|---|---|---|---|
| draft proposed FPTO; correspond with opposing counsel | Constance | 23/02/2022 | 5.10 | 275.00 | 1,402.50 |
| continue work on response to MSJ | Constance | 18/02/2022 | 3.80 | 275.00 | 1,045.00 |
| work on response to State's MSJ | Constance | 14/02/2022 | 6.70 | 275.00 | 1,842.50 |
| prepare response to 3-judge court argument; correspond with opposing counsel | Constance | 08/02/2022 | 1.50 | 275.00 | 412.50 |
| review state's expert disclosure & discuss with Plaintiffs' expert | Constance | 08/02/2022 | 1.00 | 275.00 | 275.00 |
| review state's motion for summary judgment | Constance | 08/02/2022 | 0.80 | 275.00 | 220.00 |
| edit, finalize, & file SUF and supporting exhibits | Constance | 07/02/2022 | 2.70 | 275.00 | 742.50 |
| edit, finalize, & file MSJ | Constance | 07/02/2022 | 3.60 | 275.00 | 990.00 |
| finish responses to defendant's first discovery requests, prepare exhibits, and serve | Constance | 07/02/2022 | 4.10 | 275.00 | 1,127.50 |
| draft Statement of Undisputed Facts and 2nd affidavit | Constance | 05/02/2022 | 5.70 | 275.00 | 1,567.50 |
| continue work on MSJ/complete first draft | Constance | 04/02/2022 | 2.80 | 275.00 | 770.00 |
| work on MSJ | Constance | 03/02/2022 | 8.70 | 275.00 | 2,392.50 |
| review Defendant's discovery responses | Constance | 02/02/2022 | 3.40 | 275.00 | 935.00 |
| continue drafting MSJ | Constance | 02/02/2022 | 3.40 | 275.00 | 935.00 |
| draft msj | Constance | 01/02/2022 | 5.40 | 275.00 | 1,485.00 |
| continue working on discovery responses | Constance | 01/02/2022 | 1.70 | 275.00 | 467.50 |
| correspond with opposing counsel | Constance | 01/02/2022 | 0.50 | 275.00 | 137.50 |
| draft motion for summary judgment (Not brief) and file | Constance | 01/02/2022 | 1.50 | 275.00 | 412.50 |
| correspond with opposing counsel | Constance | 31/01/2022 | 1.00 | 275.00 | 275.00 |
| begin drafting first discovery responses | Constance | 31/01/2022 | 1.50 | 275.00 | 412.50 |
| correspond with opposing counsel | Constance | 28/01/2022 | 0.20 | 275.00 | 55.00 |
| correspond with clients re: discovery requests | Constance | 27/01/2022 | 0.30 | 275.00 | 82.50 |
| review Defendant's discovery requests | Constance | 27/01/2022 | 0.80 | 275.00 | 220.00 |

| Task | Attorney | Date | Hours | Rate | Total |
|---|---|---|---|---|---|
| finalize expert report; confer with expert | Constance | 26/01/2022 | 1.80 | 275.00 | 495.00 |
| notarize affidavit | Constance | 26/01/2022 | 1.00 | 275.00 | 275.00 |
| expert prep/review report/communicate with expert | Constance | 25/01/2022 | 2.70 | 275.00 | 742.50 |
| attend client meeting | Constance | 25/01/2022 | 1.80 | 275.00 | 495.00 |
| travel to/from Helena for client meeting | Constance | 25/01/2022 | 4.00 | 275.00 | 1,100.00 |
| work on MSJ | Constance | 24/01/2022 | 2.90 | 275.00 | 797.50 |
| draft affidavit to file with expert report and MSJ | Constance | 24/01/2022 | 2.30 | 275.00 | 632.50 |
| work on maps | Constance | 24/01/2022 | 2.80 | 275.00 | 770.00 |
| correspond with opposing counsel | Constance | 24/01/2022 | 0.20 | 275.00 | 55.00 |
| expert prep | Constance | 24/01/2022 | 0.70 | 275.00 | 192.50 |
| review draft expert disclosure; incorporate into MSJ | Constance | 23/01/2022 | 4.70 | 275.00 | 1,292.50 |
| work on MSJ | Constance | 22/01/2022 | 3.70 | 275.00 | 1,017.50 |
| confer with expert | Constance | 21/01/2022 | 0.50 | 275.00 | 137.50 |
| work on narrowing map proposals and creating user-friendly maps | Constance | 21/01/2022 | 2.30 | 275.00 | 632.50 |
| confer with expert | Constance | 20/01/2022 | 0.20 | 275.00 | 55.00 |
| confer with expert | Constance | 18/01/2022 | 0.50 | 275.00 | 137.50 |
| confer with expert | Constance | 17/01/2022 | 0.40 | 275.00 | 110.00 |
| confer with expert | Constance | 14/01/2022 | 0.50 | 275.00 | 137.50 |
| revise/edit/finalize response to motion to dismiss or stay | Constance | 13/01/2022 | 3.80 | 275.00 | 1,045.00 |
| draft response to motion to dismiss or stay | Constance | 12/01/2022 | 6.30 | 275.00 | 1,732.50 |
| attend hearing | Constance | 07/01/2022 | 1.10 | 275.00 | 302.50 |
| hearing prep: review pleadings, outline, cases; moot | Constance | 06/01/2022 | 6.70 | 275.00 | 1,842.50 |
| revise reply in support of PI motion | Constance | 05/01/2022 | 3.80 | 275.00 | 1,045.00 |
| Hearing prep: draft outline; compile and outline cases | Constance | 05/01/2022 | 5.10 | 275.00 | 1,402.50 |
| draft reply in support of PI motion | Constance | 04/01/2022 | 9.80 | 275.00 | 2,695.00 |
| draft reply in support of PI motion | Constance | 03/01/2022 | 4.60 | 275.00 | 1,265.00 |
| review order granting TRO | Constance | 22/12/2021 | 0.50 | 275.00 | 137.50 |
| draft motion for TRO or PI | Constance | 16/12/2021 | 0.90 | 275.00 | 247.50 |
| prepare/finalize exhibits | Constance | 16/12/2021 | 1.20 | 275.00 | 330.00 |

| Revise PI/TRO brief and prepare exhibits | Constance | 16/12/2021 | 4.10 | 275.00 | 1,127.50 |
|---|---|---|---|---|---|
| draft brief in support of PI | Constance | 14/12/2021 | 9.40 | 275.00 | 2,585.00 |
| draft brief in support of PI | Constance | 13/12/2021 | 5.80 | 275.00 | 1,595.00 |
| draft brief in support of PI | Constance | 10/12/2021 | 4.80 | 275.00 | 1,320.00 |
| draft brief in support of PI | Constance | 09/12/2021 | 7.60 | 275.00 | 2,090.00 |
| draft motion for summary judgment | Constance | 08/12/2021 | 4.70 | 275.00 | 1,292.50 |
| draft motion for PI | Constance | 07/12/2021 | 6.30 | 275.00 | 1,732.50 |
| finalize and file complaint and supporting documents | Constance | 06/12/2021 | 1.80 | 275.00 | 495.00 |
| revise complaint | Constance | 03/12/2021 | 1.20 | 275.00 | 330.00 |
| revise complaint | Constance | 01/12/2021 | 1.50 | 275.00 | 412.50 |
| conversation with Travis Kavulla (former PSC Commissioner) | Constance | 01/12/2021 | 0.60 | 275.00 | 165.00 |
| work on PI motion | Constance | 30/11/2021 | 3.60 | 275.00 | 990.00 |
| draft brief in support of PI | Constance | 29/11/2021 | 7.40 | 275.00 | 2,035.00 |
| draft brief in support of PI | Constance | 29/11/2021 | 2.10 | 275.00 | 577.50 |
| draft complaint | Constance | 22/11/2021 | 3.30 | 275.00 | 907.50 |
| draft complaint | Constance | 22/11/2021 | 2.00 | 275.00 | 550.00 |
| draft complaint | Constance | 21/11/2021 | 4.30 | 275.00 | 1,182.50 |
| draft complaint | Constance | 20/11/2021 | 3.50 | 275.00 | 962.50 |
| research PSC structure & relevant legislative history | Constance | 19/11/2021 | 5.50 | 275.00 | 1,512.50 |
| research one-person, one-vote cases | Constance | 18/11/2021 | 7.10 | 275.00 | 1,952.50 |
| | | | | | |
| **TOTALS** | | | **303.80** | | **83,545.00** |
| | | | | | |
| PSC Trial Exhibits | Jacob | 02/03/2022 | 0.30 | 80.00 | 24.00 |
| PSC Trial Exhibits | Jacob | 02/03/2022 | 0.40 | 80.00 | 32.00 |
| TOC/TOA / Proofreading for Reply in Support of SJ | Jacob | 28/02/2022 | 1.10 | 80.00 | 88.00 |
| PSC filing / map work for Brief in Opposition to State's SJ | Jacob | 23/02/2022 | 0.60 | 80.00 | 48.00 |
| PSC Brief | Jacob | 22/02/2022 | 0.80 | 80.00 | 64.00 |
| New PSC Maps | Jacob | 17/02/2022 | 2.40 | 80.00 | 192.00 |
| PSC New Maps | Jacob | 16/02/2022 | 0.20 | 80.00 | 16.00 |
| Exhibits for SJ Brief | Jacob | 07/02/2022 | 0.40 | 80.00 | 32.00 |
| Exhibits for SJ Brief | Jacob | 07/02/2022 | 1.60 | 80.00 | 128.00 |
| PSC Brief Sources Work for SJ Brief | Jacob | 04/02/2022 | 0.80 | 80.00 | 64.00 |
| PSC Brief Sources Work for SJ Brief | Jacob | 04/02/2022 | 0.70 | 80.00 | 56.00 |
| PSC Brief Sources Work for SJ Brief | Jacob | 04/02/2022 | 2.20 | 80.00 | 176.00 |

| | | | | | |
|---|---|---|---|---|---|
| PSC Expert Report and Exhibits Prep | Jacob | 26/01/2022 | 1.50 | 80.00 | 120.00 |
| PSC Maps for SJ Brief | Jacob | 26/01/2022 | 0.40 | 80.00 | 32.00 |
| PSC Maps for SJ Brief | Jacob | 26/01/2022 | 0.30 | 80.00 | 24.00 |
| New PSC Map for SJ Brief | Jacob | 24/01/2022 | 1.00 | 80.00 | 80.00 |
| PSC Maps for SJ Brief | Jacob | 24/01/2022 | 0.30 | 80.00 | 24.00 |
| PSC Map Lines for SJ Brief | Jacob | 24/01/2022 | 1.70 | 80.00 | 136.00 |
| PSC Map Work for SJ Brief | Jacob | 21/01/2022 | 1.70 | 80.00 | 136.00 |
| PSC Map Work for SJ Brief | Jacob | 21/01/2022 | 0.70 | 80.00 | 56.00 |
| PSC County Map for SJ Brief | Jacob | 21/01/2022 | 1.40 | 80.00 | 112.00 |
| PSC County Map Work for SJ Brief | Jacob | 20/01/2022 | 0.10 | 80.00 | 8.00 |
| PSC County Map Work for SJ Brief | Jacob | 20/01/2022 | 0.50 | 80.00 | 40.00 |
| PSC Map Work for SJ Brief | Jacob | 20/01/2022 | 2.30 | 80.00 | 184.00 |
| PSC Map Work for SJ Brief | Jacob | 19/01/2022 | 3.30 | 80.00 | 264.00 |
| TOC/TOA or PI Reply | Jacob | 05/01/2022 | 1.80 | 80.00 | 144.00 |
| TOC/TOA for PI Reply | Jacob | 05/01/2022 | 0.30 | 80.00 | 24.00 |
| PSC Filing Work for PI | Jacob | 17/12/2021 | 0.70 | 80.00 | 56.00 |
| PSC TOC/TOA for PI Brief | Jacob | 17/12/2021 | 2.00 | 80.00 | 160.00 |
| PSC TOC/TOA for PI Brief | Jacob | 17/12/2021 | 1.80 | 80.00 | 144.00 |
| PSC TOC/TOA for PI Brief | Jacob | 16/12/2021 | 0.90 | 80.00 | 72.00 |
| 2000 Census Search for PI Brief | Jacob | 16/12/2021 | 0.20 | 80.00 | 16.00 |
| PSC Data for PI Brief | Jacob | 14/12/2021 | 0.90 | 80.00 | 72.00 |
| PSC Data for PI Brief | Jacob | 14/12/2021 | 1.20 | 80.00 | 96.00 |
| PSC Data for PI Brief | Jacob | 14/12/2021 | 1.80 | 80.00 | 144.00 |
| PSC Candidate Filing Research | Jacob | 13/12/2021 | 0.70 | 80.00 | 56.00 |
| PSC Complaint Review | Jacob | 03/12/2021 | 0.30 | 80.00 | 24.00 |
| PSC Districts Population Calculating and Constance Call | Jacob | 01/12/2021 | 0.50 | 80.00 | 40.00 |
| | | | | | |
| **TOTALS** | | | **39.80** | | **3,184.00** |
| | | | | | |
| Updating fees spreadsheet, calculating time | Rylee | 22/03/2022 | 0.40 | 285.00 | 114.00 |
| Reviewing correspondence | Rylee | 21/03/2022 | 0.10 | 285.00 | 28.50 |
| Reviewing attorney's fees brief | Rylee | 21/03/2022 | 1.10 | 285.00 | 313.50 |
| Attorney's fees declaration | Rylee | 21/03/2022 | 0.70 | 285.00 | 199.50 |
| Attorney's fees declaration | Rylee | 16/03/2022 | 0.30 | 285.00 | 85.50 |
| Return trip from Missoula to Helena | Rylee | 04/03/2022 | 2.20 | 285.00 | 627.00 |
| Debrief with Constance and Joel | Rylee | 04/03/2022 | 1.00 | 285.00 | 285.00 |

| | | | | | |
|---|---|---|---|---|---|
| Summary judgment hearing/trial | Rylee | 04/03/2022 | 3.10 | 285.00 | 883.50 |
| Mooting Constance | Rylee | 03/03/2022 | 1.10 | 285.00 | 313.50 |
| Drive from Helena to Missoula | Rylee | 03/03/2022 | 2.00 | 285.00 | 570.00 |
| Editing reply | Rylee | 27/02/2022 | 0.70 | 285.00 | 199.50 |
| Reviewing brief | Rylee | 20/02/2022 | 2.00 | 285.00 | 570.00 |
| Reviewing brief | Rylee | 20/02/2022 | 0.10 | 285.00 | 28.50 |
| Editing notice | Rylee | 11/02/2022 | 0.20 | 285.00 | 57.00 |
| Call with co-counsel | Rylee | 08/02/2022 | 0.50 | 285.00 | 142.50 |
| Reviewing SJ motion | Rylee | 06/02/2022 | 1.30 | 285.00 | 370.50 |
| Reviewing SJ motion | Rylee | 04/02/2022 | 2.10 | 285.00 | 598.50 |
| Call with Constance - managing response | Rylee | 31/01/2022 | 0.40 | 285.00 | 114.00 |
| Client meeting | Rylee | 25/01/2022 | 1.80 | 285.00 | 513.00 |
| Edits to opposition to stay | Rylee | 13/01/2022 | 0.90 | 285.00 | 256.50 |
| Part of return trip (Missoula to Great Falls) | Rylee | 07/01/2022 | 2.90 | 285.00 | 826.50 |
| PI debrief | Rylee | 07/01/2022 | 1.30 | 285.00 | 370.50 |
| Preliminary injunction hearing | Rylee | 07/01/2022 | 1.50 | 285.00 | 427.50 |
| Drive from Helena to Missoula for PI hearing | Rylee | 06/01/2022 | 2.40 | 285.00 | 684.00 |
| Reviewing reply brief | Rylee | 05/01/2022 | 2.80 | 285.00 | 798.00 |
| Preliminary injunction editing | Rylee | 15/12/2021 | 2.60 | 285.00 | 741.00 |
| Call with co-counsel | Rylee | 15/12/2021 | 0.20 | 285.00 | 57.00 |
| Call with co-counsel | Rylee | 09/12/2021 | 0.30 | 285.00 | 85.50 |
| PSC filing prep | Rylee | 06/12/2021 | 0.30 | 285.00 | 85.50 |
| PSC complaint review | Rylee | 30/11/2021 | 1.40 | 285.00 | 399.00 |
| PSC complaint review | Rylee | 30/11/2021 | 0.30 | 285.00 | 85.50 |
| | | | | | |
| **TOTALS** | | | **35.70** | | **10,174.50** |
| | | | | | |
| **FINAL TOTALS** | | | **379.30** | | **96,903.50** |