# Exhibit 4

## Regnier Timesheet

TIME SUMMARY:  *Brown et. al. v. Jacobsen*

| Date | Task | Hours |
|---|---|---|
| 1-14-2022 | Telcon with Constance V. | .5 hours |
| 1-17-2022 | Telcon with Constance V. | .25 hours |
| | Email to Constance V. | .25 hours |
| | Review of Complaint, Prelim. Injunction Order and Court's Scheduling Order. | 1.25 hours |
| 1-18-2022 | Research of applicable law and Review of Districting Criteria. | 2.5 hours |
| | Telcon with Constance V. | .5 hours |
| | Preparation of email to Constance V. Forwarding 2021 districting criteria and updated biography. | .5 hours |
| 1-20-2022 | Review of redistricting criteria. | |
| | Telcon with Constance V. | .25 hours |
| | Review of proposed maps. | .75 hours |
| 1-21-2022 | Preparation of and forwarding Expert Witness summary | 3.25 hours |
| | Telcon with Constance V. | .5 hours |
| 1-22-2022 | Emails to Constance V. and Review of maps | 1.25 hours |
| 1-24-2022 | Telcon with Constance V. | .75 hours |
| | Preparation of email to Constance V. | .75 hours |
| 1-25-2022 | Review of Proposed Map 3. | .25 hours |
| 1-26-2022 | Telcon with Constance V. | .5 hours |
| | Review of maps and finalizing Expert summary. | .5 hours |
| | Receipt and review of trial exhibits. | 1.25 hours |
| 2-8-2022 | Telcon with Constance V. Discussion of state's motion for Summary judgment. | .1 hours |
| | Review of Senator Thomas' summary. | .5 hours |

1

| | | |
|---|---|---|
| 2-10-2022 | Telcon with Constance V. Discussion of state's motion for Summary Judgment and calls for Special session. | .2 hours |
| 2-16-2022 | Review of map proposed by Derek Skees. | .25 hours |
| 2-23-2022 | Telcon with Constance V. Discussion of state's proposed map. Review of State's Response brief. Review of Thomas' rebuttal | .1 hours<br>.5 hours |
| 2-28-2022 | Telcon with Constance V. Discussion of hearing procedure and Stipulation to for forgo live testimony | .2 hours |

**TOTAL TIME:**  **17.6 hours**