# Exhibit 6

## Declaration of Joel Krautter

Constance Van Kley
Rylee Sommers-Flanagan
  Upper Seven Law
  P.O. Box 31
  Helena, MT 59624
  (406) 306-0330
  constance@uppersevenlaw.com
  rylee@uppersevenlaw.com

Joel G. Krautter
  Netzer Law Office P.C.
  1060 S. Central Ave. Ste. 2
  Sidney, MT 59270
  (406) 433-5511
  joelkrautternlo@midrivers.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| BOB BROWN; HAILEY SINOFF; and DONALD SEIFERT,<br><br>*Plaintiffs*,<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br><br>*Defendant*. | Cause No.<br>6:21-cv-92-PJW-DWM-BMM<br><br>**Declaration of Joel G. Krautter** |

Pursuant to 28 U.S.C. § 1746, I, Joel G. Krautter, declare as follows:

1. I make this declaration in support of the petition for attorney fees and other expenses filed by Plaintiffs in this case. I am competent to make this Declaration.

2. I received a B.S. from Liberty University in 2011. My academic concentration was Government: Pre-Law. I received a J.D. from the University of Montana in 2014. While in law school, I completed a clinical internship for the U.S. Attorney's Office in Missoula during the fall semester of 2013.

3. I entered private practice in August 2014 with the law firm of Netzer Law Office, P.C., in Sidney, Montana, as an Associate Attorney. Since January of 2018, I have been a shareholder and partner in the law firm.

4. I was admitted to practice in the State of Montana on September 30th, 2014. I am admitted to practice in the United States District Court for the District of Montana. I have also been admitted to practice in the State of North Dakota, in March of 2015.

5. I have previously litigated another case under 42 U.S.C. § 1983, *Ryan McMurray v. Town of Fairview et al.*, 1:17-cv-00067-SPW-TJC.

6. The area of federal civil rights is complex and specialized. It requires an understanding of the complexities of federal case law, statutes, and regulations.

7. From January of 2019 to January of 2021, I served as a legislator in the Montana House of Representatives, through which I gained a background and understanding of the legislative processes.

8. I am requesting compensation at an hourly rate of $275/hour. This rate is my normal hourly rate charged and collected for new cases and clients I took on in 2021 and is based on market rates in Montana for attorneys with similar backgrounds and credentials.

9. I maintain detailed daily records for each tenth of an hour of work time. These records are broken down by time expended and general description of the work. The daily records of my work accompany this declaration as Exhibit 7.

10. In reviewing the daily time records for work performed in connection with this case, I have exercised billing judgment and eliminated excess and duplicative entries.

11. In my opinion, the professional hours detailed in my daily records were reasonably and necessarily expended for the preparation and successful presentation of this case. In my opinion, these hours would properly be charged to a commercial client. As detailed in Exhibit 7, the total number of hours expended is 116. At the rates explained above, and as detailed in Exhibit 7, my total fee request at this time is for $31,900.00

12. I have maintained records of costs and other expenses incurred in this matter. In the exercise of billing judgment, I do not request reimbursement for costs or other expenses related to Lexis Nexis or PACER or telephone expenses. My total costs for reimbursement at this time is for $1,904.61 and these costs are detailed in Exhibit 7.

I declare under penalty of perjury that the foregoing is true and correct.

//

//

DATED this 22nd day of March, 2022.


/s/ *Joel G. Krautter*
Attorney for Plaintiffs