# Exhibit 7

## Netzer Law Firm Timesheet

### *NETZER LAW OFFICE, P.C.*
[Tax ID No. 81-0508027]
1060 South Central Ave. Ste. 2
Sidney, MT 59270

Ph:(406) 433-5511        Fax:(406) 433-5513

Bob Brown                                                                              Mar 22, 2022
333 Cougar Trl
Whitefish, Montana 59937                                         File #:    210188
                                                                              Inv  #:    35069

Attention:

RE:    Constitutional Challenge - PSC Districts

| FEES | EXPLANATION | HRS | AMOUNT | LWYR |
|------|-------------|-----|--------|------|
| Oct-17-21 | legal research regarding psc districts con. challenge. | 4.90 | 1,347.50 | JK |
| Nov-08-21 | Phone call to rylee and constance. | 1.00 | 275.00 | JK |
| Nov-09-21 | Phone call to bob brown. | 0.50 | 137.50 | JK |
| Nov-15-21 | Review of retainer agreement and preparation of email to co-counsel and preparation of email to bob. phone call to rylee (left message), phone call from rylee. | 0.50 | 137.50 | JK |
| | Review of email from rylee and preparation of response email. | 0.30 | 82.50 | JK |
| | legal research regarding other similar lawsuits and review of law review articles. | 0.70 | 192.50 | JK |
| Nov-17-21 | Review of complaints in wisconsin redistricting case, phone call from constance and legal research on jurisdictional and standing issues. | 2.50 | 687.50 | JK |
| | legal research regarding other states psc composition. | 0.70 | 192.50 | JK |
| Nov-18-21 | legal research regarding status of PSC and review of email from bob and preparation of response. | 0.80 | 220.00 | JK |
| | Review of 3 emails from co-counsel and preparation of response. | 0.40 | 110.00 | JK |
| Nov-22-21 | Preparation of email to co-counsel. | 0.20 | 55.00 | JK |
| | Review of 2 emails from co-counsel and preparation of response. | 0.10 | 27.50 | JK |
| Nov-23-21 | Phone call from co-counsel to discuss strategy. | 0.50 | 137.50 | JK |
| | communication with co-counsel. | 0.10 | 27.50 | JK |

| Date | Description | Hours | Amount | By |
|---|---|---|---|---|
| Nov-30-21 | Phone call to rylee. | 0.10 | 27.50 | JK |
| | communication with co counsel. | 0.10 | 27.50 | JK |
| Dec-01-21 | Phone call with constance and legal research on functions of psc. | 1.00 | 275.00 | JK |
| | Preparation of email to bob and review of email from co counsel. | 0.20 | 55.00 | JK |
| Dec-02-21 | Phone call to bob brown and communication with co-counsel. | 0.20 | 55.00 | JK |
| Dec-03-21 | Phone call to don seifert. | 0.50 | 137.50 | JK |
| Dec-06-21 | Phone call to bob brown, phone call to don seifert (3). phone call to constance. | 1.50 | 412.50 | JK |
| Dec-08-21 | Phone call to constance, phone call to don seifert (left voicemail) phone call to bob brown (unable to leave voicemail), preparation of email to bob brown. legal research on issues for briefing. | 0.50 | 137.50 | JK |
| Dec-10-21 | Phone call from bob brown. | 0.10 | 27.50 | JK |
| Dec-15-21 | Review of draft PI brief and work on edits and phone call to constance and work on map proposals review. Review of affidavit and preparation of emails. | 3.00 | 825.00 | JK |
| | Review of census and psc maps data and preparation of email to bob brown. | 0.50 | 137.50 | JK |
| Dec-16-21 | Phone call to bob (left message). | 0.10 | 27.50 | JK |
| | Review of email from client and preparation of response email and email to co-counsel. | 0.10 | 27.50 | JK |
| | Review of brief and review of motion and preparation of email to co-counsel with edits. | 0.60 | 165.00 | JK |
| Dec-17-21 | Review of exhibits and brief and edits. | 0.80 | 220.00 | JK |
| Dec-22-21 | Review of restraining order. | 0.30 | 82.50 | JK |
| | Preparation of email to clients. | 0.40 | 110.00 | JK |
| Dec-27-21 | discussion with co counsel and review of potential map criteria. | 0.30 | 82.50 | JK |
| Dec-28-21 | Review of congressional redistricting commission criteria and preparation of email to co-counsel. | 0.30 | 82.50 | JK |
| | Phone call to co-counsel on case strategy. | 0.50 | 137.50 | JK |
| Dec-30-21 | Review of email from client and co-counsel. | 0.10 | 27.50 | JK |
| Jan-03-22 | Review of states reply to motion for pi. identification of issues to respond to and for further research. | 0.90 | 247.50 | JK |
| Jan-04-22 | legal research regarding response to reply brief and preparation of email to co-counsel. | 0.70 | 192.50 | JK |
| | Phone call to-counsel and legal research on issues related to state's response. | 1.10 | 302.50 | JK |

| | | | | |
|---|---|---|---|---|
| Jan-05-22 | Review of draft response and legal research and edits. phone call to co-counsel. | 1.50 | 412.50 | JK |
| | Phone call from co counsel regarding suit. | 0.20 | 55.00 | JK |
| | Review of reply brief and edits. | 0.80 | 220.00 | JK |
| Jan-06-22 | Work on review of briefs to prep for hearing, and identification of potential questions for hearing, and mock hearing participation. | 2.60 | 715.00 | JK |
| | travel time to missoula by air. | 5.50 | 1,512.50 | JK |
| Jan-07-22 | Attendance at hearing and conference with co-counsel. | 3.00 | 825.00 | JK |
| | Review of court order. | 0.10 | 27.50 | JK |
| Jan-08-22 | Travel time - return from missoula by air. | 7.70 | 2,117.50 | JK |
| Jan-11-22 | Review of email from client and review of email from state with proposed stipulation and brief and preparation of email to brown. | 0.50 | 137.50 | JK |
| Jan-12-22 | Review of emails with co-counsel and the state. | 0.10 | 27.50 | JK |
| Jan-13-22 | Review of filings by state and review of proposed supplemental briefing and preparation of email to co-counsel with feedback. | 0.70 | 192.50 | JK |
| | Review of proposed filings and work on potential edits, review of court order on injunction, review of order on scheduling, review of email from state, 2 phone calls with co-counsel, legal research regarding potential expert witnesses and trial strategy. preparation of email to clients and review of email from client. | 5.10 | 1,402.50 | JK |
| | Preparation of email to co-counsel on trial strategy. | 0.20 | 55.00 | JK |
| | Review of legislative council video hearing. | 0.60 | 165.00 | JK |
| Jan-14-22 | Review of email from client and discussion with co-counsel, trial strategy prep. | 0.30 | 82.50 | JK |
| | Review of email from client and review of email from co-counsel and preparation of response. | 0.20 | 55.00 | JK |
| Jan-16-22 | Review of maps and preparation of email to co-counsel (2). | 1.30 | 357.50 | JK |
| Jan-17-22 | Review of emails from co-counsel and review of potential discovery requests and phone call to co-counsel. | 0.90 | 247.50 | JK |
| | Work on drafting maps and preparation of email to co-counsel. | 2.30 | 632.50 | JK |
| Jan-18-22 | Review of email from co-counsel and phone call to expert with constance and phone call from constance to discuss trial strategy. | 1.00 | 275.00 | JK |
| | Review of energy telecommunications committee hearing and legal research and phone calls and | 2.70 | 742.50 | JK |

|  | preparation of email to co-counsel, review of email from co-counsel and review of email from client. preparation of email to co-counsel. | | | |
| Jan-19-22 | Review of emails from co-counsel and preparation of response email. | 0.20 | 55.00 | JK |
|  | Review of email from co-counsel and preparation of response. | 0.10 | 27.50 | JK |
|  | Review of emails with co-counsel and review of maps and phone call to co-counsel and phone call to client and work on 2 maps, review of 1 map. | 3.10 | 852.50 | JK |
|  | Preparation of email to co-counsel. | 0.40 | 110.00 | JK |
| Jan-20-22 | Review of maps and preparation of email to cocounsel | 0.50 | 137.50 | JK |
|  | Review of 4 emails from co counsel and review of options and preparation of response. | 1.00 | 275.00 | JK |
| Jan-24-22 | Review of emails from co-counsel and client and review of new maps and phone call from co-counsel and phone call to co-counsel and preparation of 2 emails to co-counsel and work on new map. | 2.10 | 577.50 | JK |
|  | Review of emails from co-counsel. work on new map and preparation of email to co-counsel. | 0.60 | 165.00 | JK |
| Jan-25-22 | Review of email from co-counsel and new proposed map and preparation of response email. | 0.20 | 55.00 | JK |
|  | Attendance at zoom conference with clients and co-counsel. | 1.70 | 467.50 | JK |
|  | Preparation of email to co-counsel post meeting. | 0.10 | 27.50 | JK |
|  | Phone call to co-counsel and review of maps and 2 emails from co-counsel and preparation of response emaill. | 0.40 | 110.00 | JK |
|  | Review of email from co-counsel and new map and preparation of response | 0.10 | 27.50 | JK |
|  | Review of email from co-counsel. | 0.10 | 27.50 | JK |
| Jan-27-22 | Review of 5 emails from co-counsel and preparation of response and review of expert report, review of discovery requests. | 1.40 | 385.00 | JK |
| Jan-30-22 | Review of email from co-counsel and preparation of response. | 0.20 | 55.00 | JK |
| Jan-31-22 | Phone call from co-counsel | 0.20 | 55.00 | JK |
| Feb-01-22 | Review of emails from co-counsel and review of emails from opposing counsel. phone call to client. | 0.70 | 192.50 | JK |
| Feb-05-22 | Review of brief in support of summary judgment and work on edits and review of emails from co-counsel and review of new proposed edits and preparation of response email. | 1.70 | 467.50 | JK |

| | | | | |
|---|---|---|---|---|
| Feb-07-22 | Review of motion and email from co-counsel and preparation of response regarding edits, review of exhibits attached to brief and review of brief for editing and review of emails from co-counsel. | 0.60 | 165.00 | JK |
| | Review of state's discovery responses, expert witness disclosure and brief for summary judgment. | 1.00 | 275.00 | JK |
| Feb-08-22 | Review of ltr from gov. legal counsel filed with court. | 0.10 | 27.50 | JK |
| | Review of proposed motion and order and stipulation. identification of potenial edits. review of email from co-counsel | 0.20 | 55.00 | JK |
| | Phone call to co-counsel | 0.20 | 55.00 | JK |
| | Review of email from co-counsel. | 0.10 | 27.50 | JK |
| | Phone call to co-counsel. | 0.10 | 27.50 | JK |
| Feb-09-22 | Review of emails from opposing counsel and co-counsel. | 0.10 | 27.50 | JK |
| | Review of email from co-counsel and review of order from court. | 0.10 | 27.50 | JK |
| Feb-10-22 | Review of email from co-counsel and review of proposed legal filing and preparation of response email on edits. | 0.10 | 27.50 | JK |
| Feb-15-22 | legal research regarding potential special session and communication with co-counsel. | 0.20 | 55.00 | JK |
| | communication with co-counsel regarding potential special session. | 0.10 | 27.50 | JK |
| | Review of communication regarding potential special session and preparation of communication to co-counsel. | 0.10 | 27.50 | JK |
| Feb-17-22 | Review of emails from co-counsel (2) and review of email from state. | 0.10 | 27.50 | JK |
| | Review of email from client and review of email from co-counsel. | 0.10 | 27.50 | JK |
| Feb-18-22 | Review of letter from legislative leaders regarding psc special session and communications with co-counsel regarding response brief. | 0.30 | 82.50 | JK |
| | Review of draft response brief to state and work on edits and review of state's brief and preparation of email to co-counsel | 1.90 | 522.50 | JK |
| Feb-20-22 | Review of email from co-counsel. | 0.10 | 27.50 | JK |
| Feb-22-22 | Review of emails from co-counsel and state's attorney. preparation of response. | 0.20 | 55.00 | JK |
| Feb-26-22 | Review of file and phone call to co-counsel. review of email from client. | 0.70 | 192.50 | JK |
| Feb-27-22 | Review of 3 emails from co-counsel, review of reply brief and preparation of email to co-counsel. | 0.70 | 192.50 | JK |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Feb-28-22 | Review of email from co-counsel and preparation of response email. | 0.10 | 27.50 | JK |
| | Review of draft conclusions of law from Pl. Review of proposed joint final pre-trial order. work on potential edits. and preparation of email response to co-counsel. | 0.60 | 165.00 | JK |
| Mar-01-22 | Review of defendant's reply brief and review of defendant's proposed fof col and associated documents, affidavit from fred thomas. exhbits. | 0.90 | 247.50 | JK |
| Mar-02-22 | Review of final signed pretrial order and review of email from court. | 0.10 | 27.50 | JK |
| Mar-03-22 | travel time from Sidney to Missoula by car. | 9.30 | 2,557.50 | JK |
| | Review of issues for potential questions at hearing and participation in mock hearing prep. with co-counsel. | 1.80 | 495.00 | JK |
| Mar-04-22 | Attendance at final bench trial and hearing and conference with co-counsel. | 4.60 | 1,265.00 | JK |
| Mar-06-22 | travel time from missoula back to Sidney by car. | 9.00 | 2,475.00 | JK |
| Mar-08-22 | Review of final order and judgment and communications with co-counsel and review of email to clients. | 1.10 | 302.50 | JK |
| | Review of email from co-counsel nd preparation of response email. | 0.10 | 27.50 | JK |
| Mar-14-22 | Preparation of email to co-counsel. | 0.10 | 27.50 | JK |
| | Review of email from co-counsel and preparation of response. | 0.10 | 27.50 | JK |
| Mar-17-22 | Work on preparation of declaration. review of email from co-counsel. | 0.80 | 220.00 | JK |
| Mar-21-22 | Review of brief for attorney fees and preparation of email to co-counsel with edit and review of email exel spreadsheet on fees. | 0.80 | 220.00 | JK |
| | Review of email from co-counsel and preparation of response. | 0.20 | 55.00 | JK |
| | Review of 3 emails from co-counsel and review of email from state and discussion with co-counsel. | 0.10 | 27.50 | JK |
| | Totals | 116.00 | $31,900.00 | |

| DISBURSEMENTS | Disbursements | Receipts |
|---|---|---|
| Mileage | 698.25 | |
| Meals | 141.61 | |
| Lodging | 469.42 | |

| | | | |
|---|---|---|---|
| Dec-29-21 | Travel - airfare and travel insurance to attend hearing in missoula on preliminary injunction on 1/7. Flight on 1/6 and return on 1/8 | 536.31 | |
| Jan-06-22 | Travel - lyft ride from airport to hotel on 1/6 | 30.94 | |
| Jan-08-22 | Travel - uber ride from hotel to airport on 1/8 | 28.08 | |
| | Totals | $1,904.61 | $0.00 |

**Total Fees, Disbursements**          **$33,804.61**

Previous Balance                                   $0.00

Previous Payments                               $0.00

Interest Rate                                    %15.00

Interest Due                                       $0.00

**Balance Due Now**                    **$33,804.61**

You can now make payments online by visiting our website www.netzerlawoffice.com