AUSTIN KNUDSEN
Montana Attorney General
DAVID M.S. DEWHIRST
  *Solicitor General*
BRENT MEAD
  *Assistant Solicitor General*
P.O. Box 201401
Helena, MT 59620-1401
Phone: 406-444-2026
Fax: 406-444-3549
david.dewhirst@mt.gov
brent.mead2@mt.gov

EMILY JONES
  *Special Assistant Attorney*
  *General*
Jones Law Firm, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
Phone: 406-384-7990
emily@joneslawmt.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, HELENA DIVISION

| | |
|---|---|
| BOB BROWN, HAILEY SINOFF, AND DONALD SEIFERT,<br><br>    PLAINTIFFS,<br><br>V.<br><br>CHRISTI JACOBSEN, IN HER OFFICIAL CAPACITY AS MONTANA SECRETARY OF STATE,<br><br>    DEFENDANT. | Case No. 6:21-cv-00092<br><br>**STATE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF** |

Defendant Secretary of State Christi Jacobsen respectfully moves this Court for an extension of time in which to prepare, file, and serve her response brief to Plaintiffs' Motion for Attorney's Fees (Docs. 46, 47 and 48) pending resolution of any appeals in this matter. Secretary Jacobsen

seeks this extension because of the timing issue that her response to Plaintiffs' Motions would be due prior to the deadline to file a Notice of Appeal of the Court's Order dated March 8, 2022. Without any action, Secretary Jacobsen's response briefs will be due April 5, 2022. The deadline to file a Notice of Appeal is April 7, 2022. If Secretary Jacobsen declines to file a Notice of Appeal, she respectfully requests that this Court to set her response deadline 14 days after the time to file the notice has run, which would be April 21, 2022. Granting the extension will conserve resources of the parties and the Court by ensuring briefing on attorneys' fees and costs will proceed only after the issues of this case are finally decided.

Pursuant to Local Rule 7.1(c)(1), counsel for Plaintiffs has been contacted and does not oppose this Motion.

DATED this 30th day of March, 2022.

> AUSTIN KNUDSEN
> Montana Attorney General
>
> DAVID M.S. DEWHIRST
>   *Solicitor General*
>
> Emily Jones
>   *Special Assistant Attorney General*

      */s/ Brent Mead*
      BRENT MEAD
      *Assistant Attorney General*
      215 North Sanders
      P.O. Box 201401
      Helena, MT 59620-1401
      p. 406.444.2026
      brent.mead2@mt.gov

      *Attorney for Defendant*

## CERTIFICATE OF COMPLIANCE

Pursuant to Rule Local Rule 7.1(d)(2), I certify that this brief is printed with a proportionately spaced Century Schoolbook text typeface of 14 points; is double-spaced except for footnotes and for quoted and indented material; and the word count calculated by Microsoft Word for Windows is 200 words, excluding tables of content and authority, certificate of service, certificate of compliance, and exhibit index.

/s/    *Brent Mead*
BRENT MEAD

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: March 30, 2022        /s/    *Brent Mead*
BREAD MEAD