AUSTIN KNUDSEN
Montana Attorney General
DAVID M.S. DEWHIRST
  *Solicitor General*
BRENT MEAD
 *Assistant Solicitor General*
P.O. Box 201401
Helena, MT 59620-1401
Phone: (406) 444-2026
Fax: (406) 444-3549
david.dewhirst@mt.gov
brent.mead2@mt.gov

EMILY JONES
  *Special Assistant Attorney*
  *General*
Jones Law Firm, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
Phone: (406) 384-7990
emily@joneslawmt.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA, HELENA DIVISION

| | |
|---|---|
| BOB BROWN; HAILEY SINOFF; AND DONALD SIEFERT,<br><br>     *Plaintiffs*,<br><br>v.<br><br>CHRISTIE JACOBSEN, IN HER OFFICIAL CAPACITY AS MONTANA SECRETARY OF STATE,<br><br>     *Defendant*. | Case No. 6:21-cv-00092-DWM<br><br>**NOTICE OF APPEAL** |

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, notice is hereby given that Defendant Christie Jacobsen, in her official capacity as Montana Secretary of State, appeals the

Court's July 6, 2022 Order awarding attorneys' fees to Plaintiffs (Doc. 55) to the United States Court of Appeals for the Ninth Circuit.

DATED this 5th day of August, 2022.

>   Austin Knudsen
>   Montana Attorney General
>
>   DAVID M.S. DEWHIRST
>     *Solicitor General*
>
>   */s/Brent Mead*
>   BRENT MEAD
>     *Assistant Solicitor General*
>   P.O. Box 201401
>   Helena, MT 59620-1401
>   brent.mead2@mt.gov
>
>   EMILY JONES
>     *Special Assistant Attorney General*
>   Jones Law Firm, PLLC
>   115 N. Broadway, Suite 410
>   Billings, MT  59101
>   Phone: (406) 384-7990
>   emily@joneslawmt.com
>
>   *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: August 5, 2022     /s/ Brent Mead
                          BRENT MEAD