Constance Van Kley
Rylee Sommers-Flanagan
  Upper Seven Law
  P.O. Box 31
  Helena, MT 59624
  (406) 306-0330
  constance@uppersevenlaw.com
  rylee@uppersevenlaw.com

Joel G. Krautter
  Netzer Law Office P.C.
  1060 S. Central Ave. Ste. 2
  Sidney, MT 59270
  (406) 433-5511
  joelkrautternlo@midrivers.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT, DISTRICT OF MONTANA
## HELENA DIVISION

| | |
|---|---|
| BOB BROWN; HAILEY SINOFF; and DONALD SEIFERT,<br><br>*Plaintiffs*,<br><br>vs.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br><br>*Defendant.* | Cause No.<br>6:21-cv-92-PJW-DWM-BMM<br><br>**Plaintiffs' Notice of Cross Appeal** |

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1291, notice is hereby given to the United States Court of Appeals for the Ninth Circuit that Plaintiffs Bob Brown, Hailey Sinoff, and Donald Seifert appeal from the Court's July 6, 2022 Order (Doc. 55) awarding attorneys' fees to Plaintiffs with respect solely to the denial of expert fees. The complaint in the above-captioned case was initially filed on December 6th, 2021. Appeal fees have been submitted concurrently with this filing.

Defendant's Notice of Appeal for the same Order (Doc. 56) was filed on August 5th, 2022, and has been assigned Docket Number 22-35634.

Plaintiffs' Statement of Representation is attached to this notice as Attachment A.

Respectfully submitted this 19th day of August, 2022.

/s/ *Constance Van Kley*
Constance Van Kley
Rylee Sommers-Flanagan
Upper Seven Law


/s/ *Joel G. Krautter*
Joel G. Krautter
Netzer Law Office P.C.

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed in CM/ECF on August 19th, 2022, and served upon all registered users.

/s/ *Constance Van Kley*
Attorney for Plaintiffs