UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 16 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BOB BROWN; et al.,<br><br>    Plaintiffs-Appellees,<br><br> v.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br><br>    Defendant-Appellant. | No. 22-35634<br><br>D.C. No. 6:21-cv-00092-PJW-DWM-BMM<br>District of Montana, Helena<br><br>ORDER |
| BOB BROWN; et al.,<br><br>    Plaintiffs-Appellants,<br><br> v.<br><br>CHRISTI JACOBSEN, in her official capacity as Montana Secretary of State,<br><br>    Defendant-Appellee. | No. 22-35673<br><br>D.C. No. 6:21-cv-00092-PJW-DWM-BMM |

In an order filed November 8, 2022, these appeals were administratively closed. The appeals are reopened.

Pursuant to the stipulation of the parties (Docket Entry No. 11), these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeals.

Mediation

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Steven J. Saltiel
Circuit Mediator